# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-7490 SJO (MRWx) | Date | November 14, 2016 |
|---|---|---|---|
| Title | Westlake Services v. Credit Acceptance Corp. | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |

| Attorneys Present for Plaintiff / Petitioner: | Attorneys Present for Defendant / Respondent: |
|---|---|
| None present | None present |

**Proceedings:** ORDER RE: DISCOVERY MOTION

After a series of informal discussions with the parties, Plaintiff indicated today that it wishes to dismiss the pending discovery motion. (Docket # 60.) The motion is DISMISSED without further consequence based on the parties' agreement regarding the production of additional materials. If a further dispute arises related to this matter, the parties may ask the Court to set up another conference call.