Ekwan E. Rhow (CA SBN 174604)
Timothy B. Yoo (CA SBN 254332)
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
Email: erhow@birdmarella.com
       tyoo@birdmarella.com

Attorneys for Plaintiff
WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES

JASON D. RUSSELL (CA SBN 169219)
DOUGLAS A. SMITH (CA SBN 290598)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
Email: jason.russell@skadden.com
       douglas.smith@skadden.com

Attorneys for Defendant
CREDIT ACCEPTANCE CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>　　　　Defendant. | CASE NO: 2:15-cv-07490 SJO (MRWx)<br><br>**STIPULATION REQUESTING AN ORDER SHORTENING TIME FOR WESTLAKE'S MOTION TO COMPEL AND CREDIT ACCEPTANCE'S MOTION FOR EVIDENTIARY SANCTIONS UNDER LOCAL RULE 37-1**<br><br>Judge: Hon. S. James Otero<br>Assigned to: Magistrate Judge Wilner<br><br>Complaint Filed: September 24, 2015<br>FAC Filed: February 19, 2016 |

1  Plaintiff Westlake Services, LLC d/b/a Westlake Financial Services ("Westlake") and Defendant Credit Acceptance Corporation ("Credit Acceptance") (collectively, the "Parties") stipulate as follows:

**WHEREAS**, the Parties had a telephonic hearing before this Court on February 21, 2017, to discuss, among other issues, (1) Westlake's request to compel production of documents from additional custodians, and (2) Westlake's refusal absent cost shifting to restore and search backup tapes from seven years during the relevant time period;

**WHEREAS**, per this Court's request, the Parties further met and conferred on the above two issues on February 22, 2017, but were unable to broach the impasse on those issues that had necessitated the February 21, 2017, teleconference;

**WHEREAS**, on March 8, 2107, Westlake filed its Motion to Compel Production of documents and things (Dkt. No. 101) ("Motion to Compel"), and Credit Acceptance filed its Motion for Evidentiary Sanctions against Westlake (Dkt. No. 99) ("Motion for Evidentiary Sanctions");

**WHEREAS**, under Local Rule 37-3, the earliest date on which the above Motions could be heard before Magistrate Judge Wilner is March 29, 2017 at 9:30 a.m.;

**WHEREAS**, the extended fact-discovery cutoff is March 31, 2017;

**WHEREAS**, the Parties believe it is in the interest of both sides and the efficient resolution of this matter that the above Motions should be heard more than 2-days before the close of fact discovery, and therefore, the Parties desire to move the hearing date forward by a week;

**IT IS STIPULATED AND AGREED**, by and between counsel for the undersigned parties, that:

(1) The hearing date for Westlake's Motion Compel (Dkt. No. 101) will be set for March 22, 2017, at 9:30 a.m.

(2) The hearing date for Credit Acceptance's Motion for Evidentiary Sanctions (Dkt. No. 99) will be set for March 22, 2017, at 9:30 a.m.

(3) Any supplemental memoranda in support of the above motions as permitted by Local Rule 37-2.3 will be due by no later than March 13, 2017.

Dated: March 9, 2017

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By:    /s/ Timothy Yoo
Timothy B. Yoo
Attorneys for Plaintiff
WESTLAKE SERVICES, LLC d/b/a
WESTLAKE FINANCIAL SERVICES

Dated: March 9, 2017

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:    /s/ Douglas A. Smith
Douglas A. Smith
Attorneys for Defendant
CREDIT ACCEPTANCE CORPORATION