# Exhibit 1

HIGHLY CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            CENTRAL DISTRICT OF CALIFORNIA
 3                   WESTERN DIVISION
 4    _____
 5    WESTLAKE SERVICES, LLC    )
 6    d/b/a WESTLAKE FINANCIAL  )
      SERVICES; and NOWCOM      )
 7    CORPORATION,              )
                                )
 8              Plaintiffs,     )
                                )
 9       vs.                    ) Case No.
                                ) 2:15-cv-07490
10    CREDIT ACCEPTANCE         ) SJO (MRWx)
      CORPORATION,              )
11                              )
                Defendant.      )
12    _____)
13
14                 HIGHLY CONFIDENTIAL
15
16            VIDEOTAPED DEPOSITION OF
17         DONALD R. HOUSE, SENIOR, Ph.D.
18            Los Angeles, California
19           Wednesday, July 19, 2017
20                    Volume I
21
22    Reported by:
      LORI M. BARKLEY
23    CSR No. 6426
24    Job No. 2656308
25    PAGES 1 - 356
```

Page 1

Exhibit 1
Page 2

HIGHLY CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3                    WESTERN DIVISION
 4     _____
 5   WESTLAKE SERVICES, LLC   )
     d/b/a WESTLAKE FINANCIAL )
 6   SERVICES; and NOWCOM     )
     CORPORATION,             )
 7                            )
                Plaintiffs,   )
 8                            )
        vs.                   ) Case No.
 9                            ) 2:15-cv-07490
     CREDIT ACCEPTANCE        ) SJO (MRWx)
10   CORPORATION,             )
                              )
11              Defendant.    )
     _____)
12
13
14          Videotaped deposition of DONALD R. HOUSE,
15   SENIOR, Ph.D., Volume I, taken on behalf of
16   Defendants, at 300 South Grand Avenue, Los Angeles,
17   California, beginning at 9:38 a.m., and ending at
18   7:18 p.m., on Wednesday, July 19, 2017, before
19   LORI M. BARKLEY, Certified Shorthand Reporter
20   No. 6426.
21
22
23
24
25
```

                                              Page  2

Exhibit 1
Page 3

HIGHLY CONFIDENTIAL

```
 1   APPEARANCES:

 2

 3   For Plaintiff:

 4       BIRD, MARELLA, BOXER, WOLPERT, NESSIM,

 5       DROOKS, LICENBERG & RHOW

 6       BY:   JULIAN BURNS

 7             - AND -

 8           RAY SEILIE

 9             - AND -

10           TIMOTHY YOO

11             - AND -

12           EKWAN RHOW

13       Attorneys at Law

14       1875 Century Park East, 23rd Floor

15       Los Angeles, California 90067-2561

16       301.201.2100

17       tyoo@birdmarella.com

18       erhow@birdmarella.com

19       jburns@birdmarella.com

20       rseilie@birdmarella.com

21

22

23

24

25
```

Page  3

Exhibit 1
Page 4

```
 1    APPEARANCES (Continued)

 2

 3    For Defendants:

 4        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

 5        BY:  JAMES KEYTE

 6               - AND -

 7            JEREMY KOEGEL

 8               - AND -

 9            PATRICK RIDEOUT

10             - AND -

11            JONATHAN FRANK

12        Attorneys at Law

13        4 Times Square

14        New York, New York 10036

15        212.735.3386

16        jonathan.frank@skadden.com***

17        zack.faigen@skadden.com

18        patrick.rideout@skadden.com

19

20    Videographer:

21        Steven Togami

22

23    Also Present:

24        Casey Fetzer (In-House Counsel CAC)

25        Matthew List (Charles River Associates)

                                          Page 4
```

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | borders of different markets. | 10:11:45 |
| 2 | So within a submarket for indirect financing | 10:11:48 |
| 3 | there can be differentiated products. | 10:11:53 |
| 4 | BY MR. KEYTE: | 10:11:55 |
| 5 | Q.  How do you get in terms of product | 10:11:55 |
| 6 | differentiation from indirect financing to a what you | 10:11:57 |
| 7 | call a submarket for indirect financing through a | 10:12:01 |
| 8 | profit sharing program? | 10:12:07 |
| 9 | A.  Let me see if I understand -- | 10:12:10 |
| 10 | Q.  You call that a submarket, correct? | 10:12:11 |
| 11 | A.  Yes.  I believe that there is a relevant | 10:12:14 |
| 12 | market for profit sharing.  There's a relevant market | 10:12:15 |
| 13 | for purchase -- | 10:12:18 |
| 14 | Q.  And is your -- sorry about that. | 10:12:20 |
| 15 | A.  -- and the distinctions between those two | 10:12:22 |
| 16 | are not what I would call differentiated products. | 10:12:24 |
| 17 | They're different products. | 10:12:27 |
| 18 | Q.  But they're for the same function, indirect | 10:12:28 |
| 19 | financing, correct? | 10:12:30 |
| 20 | A.  Sure. | 10:12:32 |
| 21 | MS. BURNS:  Objection, vague as to same | 10:12:32 |
| 22 | function. | 10:12:34 |
| 23 | BY MR. KEYTE: | 10:12:35 |
| 24 | Q.  Go ahead.  Go ahead. | 10:12:35 |
| 25 | A.  Just like a skateboard and an automobile | 10:12:36 |

Page 36

Exhibit 1
Page 6

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.    So Buy Here Pay Here, you say -- what | 10:28:48 |
| 2 | paragraph is that where you say that many dealers | 10:28:53 |
| 3 | don't have the tolerance for these risks and | 10:28:56 |
| 4 | responsibilities?  It's at the end of paragraph 25. | 10:28:59 |
| 5 | A.    Right. | 10:29:04 |
| 6 | Q.    What are the risks and responsibilities | 10:29:04 |
| 7 | you're talking about?  What are the risks? | 10:29:06 |
| 8 | A.    Well, the risk is that the dealer is holding | 10:29:09 |
| 9 | all of the risk associated with the -- with the loan | 10:29:12 |
| 10 | and the responsibilities include the administering | 10:29:16 |
| 11 | the loan, the collection of the payments, the | 10:29:23 |
| 12 | monitoring of the payments, the responses to late | 10:29:26 |
| 13 | payments. | 10:29:29 |
| 14 | Q.    Okay. | 10:29:30 |
| 15 | A.    That is in -- in general what I'm speaking | 10:29:32 |
| 16 | of. | 10:29:36 |
| 17 | Q.    By the way, are you aware that many dealers | 10:29:36 |
| 18 | use purchase, profit, and Buy Here Pay Here at the | 10:29:41 |
| 19 | same time? | 10:29:46 |
| 20 | A.    Sure. | 10:29:47 |
| 21 | Q.    Sure?  Explain that, how that works. | 10:29:47 |
| 22 | A.    Well, you have different -- different | 10:29:50 |
| 23 | customers, some customers for which profit sharing is | 10:29:52 |
| 24 | the only vehicle that is suitable for the | 10:29:58 |
| 25 | transaction. | 10:30:03 |

Page 50

Exhibit 1
Page 7

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | assessed how many indirect financiers that offer | 11:07:02 |
| 2 | purchase programs operate and offer them in the deep | 11:07:06 |
| 3 | subprime credit space? | 11:07:11 |
| 4 | A.   I do know, yes.  I do know that there are | 11:07:14 |
| 5 | customers that have an assigned FICO score that we | 11:07:20 |
| 6 | might all -- both agree that is deep subprime, the | 11:07:25 |
| 7 | dealer will participate in a purchase. | 11:07:30 |
| 8 | Q.   Okay. | 11:07:33 |
| 9 | A.   I do know that happens. | 11:07:33 |
| 10 | Q.   So your -- if I have it right, so there are | 11:07:34 |
| 11 | dealers who participate in deep subprime with | 11:07:38 |
| 12 | purchase programs and profit sharing programs? | 11:07:41 |
| 13 | A.   Yes, yes. | 11:07:42 |
| 14 | Q.   But you're saying in a sense there's a | 11:07:43 |
| 15 | narrower set of customers or dealers, I don't know if | 11:07:45 |
| 16 | it's a consumer or a customer, narrower, a subset of | 11:07:51 |
| 17 | that that is consistently more for profit sharing. | 11:07:58 |
| 18 | Is that your testimony? | 11:08:00 |
| 19 | A.   It is my testimony that there is a -- a | 11:08:03 |
| 20 | group of customers that can't qualify, can't get a | 11:08:05 |
| 21 | dealer to attract a set of purchase conditions by | 11:08:17 |
| 22 | which they can afford the automobile, and that the | 11:08:22 |
| 23 | only way that customer can drive away in a purchased | 11:08:28 |
| 24 | vehicle is through profit sharing.  And that dealers | 11:08:33 |
| 25 | are astute and can identify the differences between | 11:08:38 |

Page 64

Exhibit 1
Page 8

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | in-house Buy Here Pay Here program? | 11:11:33 |
| 2 | A.   It is my testimony -- | 11:11:36 |
| 3 | Q.   They are not choosing. | 11:11:38 |
| 4 | A.   -- that they are not choosing that because | 11:11:39 |
| 5 | the purchase program, even if it could be a viable | 11:11:41 |
| 6 | one from at a lender's standpoint, the discount would | 11:11:44 |
| 7 | be far too high, that it would not be a viable option | 11:11:46 |
| 8 | for them, that they are expanding their customer base | 11:11:50 |
| 9 | with profit sharing in a way that purchase cannot do. | 11:11:55 |
| 10 | Q.   Okay.  Let me ask -- | 11:11:58 |
| 11 | A.   And that is the function of the profit | 11:11:59 |
| 12 | sharing program. | 11:12:01 |
| 13 | Q.   All right.  Did you read the deposition of | 11:12:02 |
| 14 | Keith McCluskey? | 11:12:07 |
| 15 | A.   I did. | 11:12:08 |
| 16 | Q.   And did he address that issue? | 11:12:09 |
| 17 | A.   He did address -- yes, he did address the | 11:12:17 |
| 18 | issue of profit sharing; he did address the issue of | 11:12:23 |
| 19 | purchase both.  Both, yes. | 11:12:27 |
| 20 | Q.   Let me show you some of his testimony -- | 11:12:32 |
| 21 | A.   All right. | |
| 22 | Q.   -- tell me if you disagree with it. | 11:12:34 |
| 23 | Who is he?  Do you know who he is? | 11:12:36 |
| 24 | A.   Yes, he is a dealer. | 11:12:39 |
| 25 | Q.   Do you know how many deals he's done over | 11:12:39 |

Page 67

HIGHLY CONFIDENTIAL

```
 1    the years?                                        11:12:41

 2        A.   He's big.                                11:12:42

 3        Q.   100,000 about?                           11:12:43

 4        A.   I don't remember the number, but I       11:12:44

 5    understand he's big.                              11:12:45

 6        Q.   Let me show you -- let me read you his   11:12:46

 7    testimony.  If you want me to show it to you, I can.  11:12:49

 8    Let me read it, it's faster.                      11:12:51

 9        A.   Okay.  Sure.                             11:12:52

10        Q.   (As read):                               11:12:53

11             Question:  So on a given subprime        11:12:53

12             deal, McCluskey Chevrolet can choose      11:12:55

13             to fund the deal through a purchase       11:12:58

14             program, profit sharing program, or      11:12:59

15             in-house BHP financing, correct?         11:13:01

16             Oh, yeah, yes.                           11:13:04

17             Do you agree with that?                  11:13:06

18        A.   I agree with that, yeah.                 11:13:07

19        Q.   (As read):                               11:13:10

20             Question:  And based on the terms        11:13:11

21             that are offered by a lender, you        11:13:13

22             might choose one of any of those         11:13:15

23             option on his a given deal, correct?     11:13:16

24             Answer:  Correct?                        11:13:19

25        A.   Correct.                                 11:13:20
```

Page 68

Exhibit 1
Page 10

HIGHLY CONFIDENTIAL

```
 1      Q.   Did you agree with that?              11:13:20

 2      A.   Yeah.                                 11:13:21

 3      Q.   (As read):                            11:13:21

 4           And you make that decision on a       11:13:23

 5           deal-by-deal basis, correct?          11:13:24

 6           Yeah, yeah, we do.                    11:13:26

 7           You agree with that?  Do you agree with  11:13:27

 8   that?                                         11:13:30

 9      A.   I agree with that, yes.               11:13:30

10      Q.   (As read):                            11:13:31

11           For customers that McCluskey          11:13:31

12           Chevrolet has financed through        11:13:33

13           Credit Acceptance, was it your        11:13:35

14           staff's practice before consummating  11:13:36

15           a given transaction to compare the    11:13:38

16           Credit Acceptance approval received   11:13:42

17           against deals offered by other        11:13:44

18           finance companies.                    11:13:45

19           Answer:  Yes, we always do that.      11:13:47

20      A.   Yeah.                                 11:13:49

21      Q.   Do you agree with that?               11:13:49

22      A.   I agree with that.                    11:13:50

23      MS. BURNS:  Objection, it calls for        11:13:51

24   speculation -- agree --                       11:13:52

25      THE WITNESS:  Let me explain --            11:13:54
```

Page 69

Exhibit 1
Page 11

```
 1    BY MR. KEYTE:                                    11:29:16

 2         Q.   Go ahead.                              11:29:16

 3         A.   It's certainly suggested in the CAC    11:29:17

 4    materials and their marketing materials, their  11:29:20

 5    training materials, that these customers typically  11:29:22

 6    would have a low FICO score, we might call it deep  11:29:27

 7    subprime, wherever we might draw that line, possibly  11:29:32

 8    unemployed, with limited prospects for employment,  11:29:35

 9    possibly a spouse that has a night job, few assets,  11:29:46

10    maybe bankrupt once, cannot qualify for any direct  11:29:54

11    lending, cannot qualify for purchase, and that the  11:30:00

12    only option, and this is the genius of the profit  11:30:06

13    sharing program, the only option is profit sharing.  11:30:08

14         It's going into a sector, a segment of the  11:30:11

15    population for which before profit sharing they could  11:30:14

16    not find financing.  That would be the nature of that  11:30:17

17    customer.  It would be the lowest creditworthiness  11:30:22

18    where there is no expectation that that potential  11:30:35

19    purchaser could qualify under purchase, could qualify  11:30:37

20    under direct.                                    11:30:40

21         Q.   Yeah.  But a subset of deep subprime, as you  11:30:41

22    say?                                             11:30:45

23         A.   Yeah.  And there can also be lingering  11:30:45

24    instances where the FICO score is not subprime, but  11:30:48

25    happened to have lost a job, hasn't, you know, has  11:30:52
```

                                        Page 84

Exhibit 1
Page 12

| | | |
|---|---|---|
| 1 | It was not important to my analysis of 2001 to 2017. | 11:54:20 |
| 2 | It's interesting history, but it was not crucial for | 11:54:25 |
| 3 | my evaluation from 2001 to 2017. | 11:54:28 |
| 4 | Q.   So it's not relevant to you when a firm | 11:54:32 |
| 5 | has -- has 100 percent market power and there are two | 11:54:36 |
| 6 | new successive entrants looking at what their share | 11:54:40 |
| 7 | was achieved, that's not relevant to you? | 11:54:46 |
| 8 | A.   It's interesting and, no, it's not relevant | 11:54:47 |
| 9 | to me.  It's interesting, but not relevant. | 11:54:49 |
| 10 | MR. KEYTE:  Okay.  Can we take a five-minute | 11:54:52 |
| 11 | break or should we -- I have, like, a section -- | 11:54:53 |
| 12 | shall we take lunch at noon?  Is that fine with you, | 11:55:02 |
| 13 | to take lunch at noon? | 11:55:04 |
| 14 | THE WITNESS:  Whatever is convenient for | 11:55:05 |
| 15 | you. | 11:55:07 |
| 16 | MR. KEYTE:  Let's take it now, sir. | 11:55:07 |
| 17 | MS. BURNS:  All right. | 11:55:08 |
| 18 | VIDEO OPERATOR:  This marks the end of Media | 11:55:09 |
| 19 | Number 2.  Going off the record at 11:55 a.m. | 11:55:11 |
| 20 | | |
| 21 | (Whereupon at the hour of | |
| 22 | 11:55 a.m., a luncheon recess was | |
| 23 | taken.  The deposition was resumed | |
| 24 | at 12:50 p.m., the same persons | |
| 25 | being present.) | 12:49:53 |

Page 105

Veritext Legal Solutions
866 299-5127

Exhibit 1
Page 13

```
1    with Westlake people that have significant experience   13:06:33
2    in purchase and in Profit Share.                        13:06:38
3           And collectively that is my opinion, that        13:06:40
4    there is a segmentation in the market, a population,    13:06:43
5    a captive population in a sense for which the only      13:06:47
6    way of finding any kind of financial assistance is      13:06:52
7    through profit share, and that purchase doesn't         13:06:58
8    compete in that segment.                                13:07:00
9       Q.   Let me go back a little bit on that, because    13:07:06
10   what I can't find, I know you said you had              13:07:08
11   discussions, part of that was your discussions with     13:07:11
12   Westlake.                                               13:07:14
13      A.   Westlake, yes.                                  13:07:15
14      Q.   'Cause what I'm trying to get at, as you're     13:07:15
15   saying that there's essentially you've said before      13:07:18
16   this.  There's a subset of the deep subprime customer   13:07:23
17   that has other characteristics that can only be         13:07:25
18   serviced by profit sharing, correct?                    13:07:27
19      A.   Correct.                                        13:07:31
20      Q.   And then separate and apart there is deep       13:07:32
21   subprime that can be, and you just said, can be         13:07:37
22   serviced by both?                                       13:07:39
23      A.   Yes.                                            13:07:40
24      Q.   Okay.  And what I can't -- and you -- and I     13:07:41
25   don't know the -- the actual amounts, whether deals     13:07:43
```

Page 119

Exhibit 1
Page 14

HIGHLY CONFIDENTIAL

```
 1    their approaches and why he thought they failed?      13:48:22

 2        A.    That is his opinion, yes.                    13:48:24

 3        Q.    And you don't have any reason to disagree    13:48:25

 4    with those reasons specific to Jayhawk and National    13:48:27

 5    Auto?                                                  13:48:31

 6        A.    Well, if -- again, I don't know the ins and  13:48:31

 7    outs of Jayhawk or National Auto, but if all they      13:48:36

 8    did -- well, again, I don't know what they did.  And   13:48:43

 9    I'd like to know to be able to give you a fuller       13:48:46

10    answer.  But let me -- let me --                       13:48:48

11        Q.    You do know they have collateral pools?      13:48:52

12        A.    Yes.                                         13:48:54

13        Q.    And that's the copying part?                 13:48:54

14        A.    Right.  But --                               13:48:56

15        Q.    Yeah.                                        13:48:58

16        A.    And they also had the advances and the       13:48:59

17    sharing of the --                                      13:49:02

18        Q.    Yeah.                                        13:49:02

19        A.    -- of the installment payments and they also 13:49:03

20    had the profit sharing at the end.                     13:49:05

21              As I understand it, and this is from what    13:49:09

22    I've learned and what I've read, is that this is       13:49:11

23    trying to develop a profitable financial instrument   13:49:15

24    in a market that has generally been ignored.  These   13:49:23

25    are people with the poorest credit conditions that    13:49:31
```

Page 151

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | cannot find lenders or credit in any other way. | 13:49:33 |
| 2 | So the challenge here is how do you build an | 13:49:40 |
| 3 | algorithm to where you have the pricing and the terms | 13:49:43 |
| 4 | of trade for which you will profit, that is the | 13:49:49 |
| 5 | lender will profit, the dealer will profit, and the | 13:49:52 |
| 6 | customer will have a set of terms of trade that they | 13:49:56 |
| 7 | can afford? | 13:50:02 |
| 8 | My understanding is that that's a very -- a | 13:50:03 |
| 9 | fairly narrow path to walk.  That's what I've been | 13:50:07 |
| 10 | told, that it's a very narrow path to walk, to set | 13:50:13 |
| 11 | the terms by which all three conditions are met. | 13:50:18 |
| 12 | And that the -- the key to that is to have | 13:50:24 |
| 13 | history and data with which you can refine the | 13:50:30 |
| 14 | algorithm by which, given the risk associated with | 13:50:36 |
| 15 | what you're trying to do, you will return a profit, | 13:50:40 |
| 16 | the dealer will return a profit, and it is -- and | 13:50:45 |
| 17 | the -- the customer with bad credit will perform | 13:50:50 |
| 18 | enough to where the transaction is viable, and it can | 13:50:54 |
| 19 | survive in the marketplace. | 13:50:59 |
| 20 | What I understand was that the challenges of | 13:51:02 |
| 21 | Westlake, the challenges of Western Funding, is to | 13:51:09 |
| 22 | try to build that data with which they can perfect | 13:51:12 |
| 23 | that algorithm and the terms of trade for which those | 13:51:17 |
| 24 | three conditions are met.  Those conditions meaning | 13:51:21 |
| 25 | the lender is making money, the dealer is making | 13:51:24 |

Page 152

HIGHLY CONFIDENTIAL

```
 1    money, and the purchaser is performing satisfactorily    13:51:26

 2    in the exchange.                                          13:51:34

 3         And that most of the investment in terms of         13:51:37

 4    a new entrant is to develop the history, or find the     13:51:41

 5    history, and to be able to perfect those algorithms.     13:51:46

 6    And my inference is that in part, Jayhawk,               13:51:51

 7    Acceptance, National Auto Credit, probably had          13:51:57

 8    difficulty in perfecting those algorithms.  Just as     13:52:02

 9    Westlake has had trouble perfecting theirs.  Western    13:52:06

10    Funding has had difficulty perfecting theirs.           13:52:11

11         But I understand Western Funding is making a       13:52:14

12    profit now, and that given -- given the volume and      13:52:16

13    the time and investment that would have been            13:52:23

14    available, absent the conduct of CAC, Western Funding   13:52:26

15    would have been able to do it.                          13:52:30

16    Q.   All right.  Now, this --                           13:52:32

17    A.   I mean, Westlake would have been able to do        13:52:33

18    it.  So that's my opinion.                              13:52:35

19    Q.   Okay.  And as we said, this Jayhawk and            13:52:37

20    National Auto, I think you testified earlier in your    13:52:39

21    opinion could not have been affected by the '807        13:52:42

22    Patent, correct?                                        13:52:45

23    A.   No, they could not.                                13:52:46

24    Q.   Okay.  And do you read -- 'cause you've read       13:52:47

25    the whole thing, do you read Curt from ACA is saying    13:52:50
```

Page 153

Exhibit 1
Page 17

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | successful entry. | 14:35:55 |
| 2 | Q.   So you can't be a profit sharing company, in | 14:35:57 |
| 3 | your view, without both a, what I'll call a CAPS like | 14:35:59 |
| 4 | program and a collateral pool; is that your | 14:36:04 |
| 5 | testimony? | 14:36:07 |
| 6 | A.   That is my -- | 14:36:07 |
| 7 | MS. BURNS:  Objection, misstates prior | 14:36:07 |
| 8 | testimony. | 14:36:09 |
| 9 | MR. KEYTE:  I stated it exactly. | 14:36:09 |
| 10 | Q.   Go ahead. | 14:36:11 |
| 11 | A.   That is my -- | 14:36:11 |
| 12 | MS. BURNS:  I have it in front of me. | 14:36:12 |
| 13 | THE WITNESS:  Assumption.  My assumption is | 14:36:16 |
| 14 | that you have to be able -- to be able to effectively | 14:36:17 |
| 15 | compete in that market, you have to have that | 14:36:20 |
| 16 | feature. | 14:36:22 |
| 17 | BY MR. KEYTE: | 14:36:22 |
| 18 | Q.   Both features? | 14:36:22 |
| 19 | A.   Both features and -- | 14:36:23 |
| 20 | Q.   Okay.  What -- | 14:36:25 |
| 21 | A.   -- and the evidence seemed consistent with | 14:36:26 |
| 22 | that.  I don't -- I haven't done a study to determine | 14:36:27 |
| 23 | the extent to which pooling is an absolute necessity, | 14:36:32 |
| 24 | but I'm assuming that it is. | 14:36:35 |
| 25 | Q.   Okay.  Well, you -- one of your competitors | 14:36:38 |

Page 175

Exhibit 1
Page 18

```
 1        Q.   Do you know whether or not CPS has a pool,    14:37:13

 2   collateral pool, or this CAPS like software?           14:37:17

 3        A.   I --                                          14:37:21

 4        Q.   And you list them as a competitor?            14:37:21

 5        A.   I did.  I list them as a competitor, a       14:37:24

 6   recent competitor.  I know they have the Bravo         14:37:28

 7   program in place.                                       14:37:30

 8        Q.   Yep.                                          14:37:32

 9        A.   I haven't done a complete study of all the   14:37:33

10   features of the Bravo program.  I have read about it,  14:37:35

11   but I -- right now, I don't remember all of those      14:37:39

12   features about it.  I am considering them a viable     14:37:42

13   competitor in the calculations of damages.  I'm        14:37:48

14   counting them as a viable competitor for which they    14:37:50

15   would capture significant economic profits.            14:37:53

16        But I am assuming, and it seems to make           14:37:56

17   sense, that the -- that a feature such as CAPS is      14:38:01

18   essential, but I haven't done -- I'm assuming that     14:38:07

19   they are, and I haven't done a study of all the        14:38:11

20   competitors, the history of the competitors, the      14:38:18

21   extent to which such features have or have not been    14:38:19

22   there, whether CPS is an early entrant and is, in the  14:38:22

23   development of it, we haven't seen it yet, I don't      14:38:27

24   know that history.                                      14:38:29

25        Q.   Okay.  What I'm trying to understand, it's   14:38:29
```

Page 177

| | | |
|---|---|---|
| 1 | A.    If I can finish. | 14:54:30 |
| 2 | Q.    Yes. | 14:54:31 |
| 3 | A.    What my assumption is, is that in the | 14:54:32 |
| 4 | absence of the conduct of CAC, which would refocus | 14:54:34 |
| 5 | management, which would relieve them of the | 14:54:41 |
| 6 | attorney's fees and the inefficiencies that were | 14:54:44 |
| 7 | caused by all of the refocus of management, as well | 14:54:46 |
| 8 | as a free hand to do an equivalent or a substitute or | 14:54:50 |
| 9 | an -- a vehicle that is just as effective as CAPS. | 14:54:54 |
| 10 |     And to design a way that they can freely | 14:54:59 |
| 11 | reduce risk through diversification, and we -- and I | 14:55:04 |
| 12 | assume it would be a collateral pool, that they would | 14:55:08 |
| 13 | be an effective competitor grabbing a market share of | 14:55:11 |
| 14 | at least 30 percent at this point in time. | 14:55:15 |
| 15 |     I did not ask the question as to why you did | 14:55:17 |
| 16 | this, because I can't judge the answer. | 14:55:21 |
| 17 | Q.    Well, I'll tell you this:  As an economist, | 14:55:24 |
| 18 | so as an economist, who is looking at, in a sense, | 14:55:27 |
| 19 | the factual underpinnings of your models and the | 14:55:31 |
| 20 | basis of them and what leads to the $300 million -- | 14:55:35 |
| 21 | A.    Yes. | 14:55:38 |
| 22 | Q.    -- and the assumption in your model is that | 14:55:40 |
| 23 | they were -- that the -- that they didn't do | 14:55:41 |
| 24 | collateral pools because of the presence of | 14:55:46 |
| 25 | the '807 Patent, correct? | 14:55:49 |

Page 192

HIGHLY CONFIDENTIAL

```
 1          According to my assumptions, the difference      15:23:36

 2    between but-for revenues and actual revenues started   15:23:42

 3    accumulating in 2004.  And my assumption is that the   15:23:47

 4    conduct of CAC is directly related to that non -- to   15:23:51

 5    that lack of performance.                              15:23:55

 6        Q.   Okay.  And that's an assumption?              15:23:56

 7        A.   That is an assumption.                         15:23:58

 8        Q.   Okay.  That's all I need.  Let me ask you      15:23:59

 9    one more quick document.                               15:24:00

10          Let me mark 31.                                  15:24:07

11          (Exhibit 31 was marked for identification by     15:24:09

12      the court reporter and is attached hereto.)           15:24:25

13    BY MR. KEYTE:                                          15:24:26

14        Q.   It's going to be a quick couple of            15:24:26

15    questions, an e-mail from --                           15:24:28

16          MS. BURNS:  I'll note for the record that        15:24:31

17    the attachments don't appear to be included in this   15:24:32

18    exhibit.                                               15:24:35

19          MR. KEYTE:  Well, this is how we have it.        15:24:37

20    So we'll go ahead.  I think they're -- I'm not even    15:24:39

21    sure they're hard copy.                                15:24:47

22          And this is an e-mail from Bret Hankey to        15:24:50

23    Ian Anderson, Don Hankey, subject, CAC ProfitBuilder,  15:24:52

24    Partner program comparison.                            15:24:57

25        Q.   Do you see that?                              15:25:00
```

Page 217

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   Did you do any analysis of the effect of | 15:25:41 |
| 2 | these differences on Westlake and its -- and its | 15:25:44 |
| 3 | competitiveness and success with its ProfitBuilder | 15:25:52 |
| 4 | product? | 15:25:57 |
| 5 | MS. BURNS:  I just want to object again | 15:25:57 |
| 6 | based on completeness, because we don't know what | 15:25:59 |
| 7 | these attachments say about these things that are | 15:26:01 |
| 8 | noted here. | 15:26:02 |
| 9 | BY MR. KEYTE: | 15:26:03 |
| 10 | Q.   Go ahead. | 15:26:03 |
| 11 | A.   I do not have the expertise to be able to | 15:26:04 |
| 12 | evaluate the impact of these differences on the | 15:26:09 |
| 13 | performance of Westlake around this time in 2010. | 15:26:13 |
| 14 | Q.   Would these differences -- | 15:26:21 |
| 15 | A.   This is beyond my expertise. | 15:26:23 |
| 16 | Nor do I definitively know the extent to | 15:26:25 |
| 17 | which -- I don't have any direct link to the | 15:26:30 |
| 18 | decisions of Westlake that would justify these | 15:26:36 |
| 19 | differences in these comparisons.  I am assuming | 15:26:43 |
| 20 | that, and I'm not making a judgment -- | 15:26:50 |
| 21 | Q.   Okay. | 15:26:52 |
| 22 | A.   -- as to whether these differences are good | 15:26:53 |
| 23 | differences, differentiation, so to speak -- | 15:27:01 |
| 24 | Q.   Right. | 15:27:02 |
| 25 | A.   -- between Westlake and CAC.  And in the | 15:27:04 |

Page 219

Exhibit 1
Page 22

HIGHLY CONFIDENTIAL

```
  1    Media Number 5.  Going back on the record at        15:52:13

  2    3:52 p.m.                                            15:52:15

  3    BY MR. KEYTE:                                        15:52:17

  4        Q.   Dr. House, I think you state in your report, 15:52:20

  5    paragraph 30, essentially that quantitative evidence  15:52:23

  6    of cross-elasticity is rarely available, correct?    15:52:30

  7        A.   Paragraph 30?                               15:52:37

  8             MS. BURNS:  Page 19.                        15:52:38

  9    BY MR. KEYTE:                                        15:52:39

 10        Q.   Page 19.                                    15:52:40

 11        A.   Got it.  Yes.                               15:52:41

 12        Q.   And you certainly didn't do any quantitative 15:52:48

 13    cross-elasticity analysis here, correct?             15:52:51

 14        A.   I did not do a direct measure of the        15:52:53

 15    cross-price elasticity.                              15:52:57

 16        Q.   Of any products in relation to profit       15:52:58

 17    sharing as your postulated market?                   15:53:00

 18        A.   That is correct.                            15:53:02

 19        Q.   Now, you also cite a source that I think we  15:53:03

 20    could probably agree on, which is an article by      15:53:06

 21    Fisher, McGowen, and Greenwood.  And which I wanted  15:53:09

 22    to mark -- oh, it's in page 30, it's a little further 15:53:28

 23    away, page 30, footnote 63.                          15:53:31

 24             (Exhibit 32 was marked for identification by 15:53:37

 25        the court reporter and is attached hereto.)      15:53:46
```

Page 222

Exhibit 1
Page 23

HIGHLY CONFIDENTIAL

```
 1    national, and that polices that type of competition.    15:58:25

 2         So the importance is having national              15:58:31

 3    players, especially those that are pricing uniformly   15:58:33

 4    across all local areas that makes the market national  15:58:36

 5    in scope.                                               15:58:40

 6    BY MR. KEYTE:                                           15:58:41

 7         Q.   And that's your analysis?                     15:58:41

 8         A.   Yes.                                          15:58:43

 9         Q.   You would agree that the national players     15:58:43

10    compete against local and regional players for RISC    15:58:47

11    contracts?                                              15:58:51

12         A.   Yes.  That is -- there is that competition    15:58:52

13    in equilibrium because of the national scope, all      15:58:55

14    local markets should -- should level out at the        15:58:59

15    levels that are commensurate nationwide.               15:59:04

16         Q.   Well, you didn't analyze that?                15:59:07

17         A.   Well, that's -- that's just pure theory.      15:59:09

18         Q.   I agree with that, that's pure theory.  You   15:59:11

19    didn't analyze whether all competition at the local    15:59:14

20    level, levels out to whatever your national            15:59:17

21    equilibrium, correct?                                  15:59:20

22         A.   No.  But if, in fact -- and we'll see this    15:59:21

23    in some markets that are national in scope, you'll     15:59:24

24    see differences in prices locally here and there for   15:59:27

25    short periods of time.  But -- but the theory is       15:59:29
```

Page 227

HIGHLY CONFIDENTIAL

```
 1    strong, the theory is strong is that when you have a    15:59:32

 2    national player such as a CAC, that you would expect,   15:59:35

 3    and if we're looking at what kind of pricing you        15:59:40

 4    would see nationally, the expectation is it would be    15:59:43

 5    determined by the national player, and that things      15:59:47

 6    will reach equilibrium.                                 15:59:52

 7         So in terms of asking the question:  Should        15:59:54

 8    I go to all the local areas and look at pricing to      15:59:57

 9    see if, in fact, they are -- there are local markets?   16:00:00

10    An economist doesn't need to do that if, in fact,       16:00:04

11    there's a national player, especially a national        16:00:07

12    player that's the largest, has the largest market       16:00:10

13    share.                                                  16:00:12

14      Q.   Okay.  So your opinion is that as a matter       16:00:12

15    of economics, any time there are national players       16:00:14

16    that are competing against each other, the market is    16:00:16

17    national?                                               16:00:18

18      A.   Yes, absolutely.                                 16:00:19

19      Q.   And so you didn't really look at local           16:00:19

20    competition even involving the national players and     16:00:22

21    what those outcomes are, correct?                       16:00:24

22         MS. BURNS:  Objection, mischaracterizes            16:00:27

23    testimony.                                              16:00:28

24         THE WITNESS:  I did not.  I did not, because       16:00:29

25    my economic training suggests that that would not be    16:00:30
```

Page 228

HIGHLY CONFIDENTIAL

```
 1        Q.   Okay.  I'm not talking about the long run.      16:01:49

 2   I'm talking about the short run.  I'm talking about      16:01:51

 3   individual bidding situations, you would agree that      16:01:53

 4   there are local regional players competing vigorously    16:01:55

 5   for that business, correct?                              16:01:58

 6        A.   Correct.                                        16:01:59

 7             MS. BURNS:  Objection, sorry, lacks             16:01:59

 8   foundation.                                               16:02:01

 9   BY MR. KEYTE:                                             16:02:02

10        Q.   Including profit sharing products, you said    16:02:02

11   correct, right?                                           16:02:04

12             You said correct, correct?                      16:02:06

13        A.   In terms of looking at and projecting what     16:02:07

14   the conditions are going to be in the but-for            16:02:09

15   world --                                                  16:02:13

16        Q.   I'm not asking about that.                      16:02:13

17        A.   I know, but I am.                               16:02:15

18        Q.   You may ask your own question.  Go ahead.      16:02:16

19        A.   No.  I'm going to try to set the context in    16:02:18

20   which this analysis is made --                            16:02:20

21        Q.   Okay.                                           16:02:22

22        A.   -- that when an economist is looking at what   16:02:25

23   are the conditions in the but-for world, and you have    16:02:28

24   a national player, you know what the market              16:02:30

25   conditions, the policing force that exists between a     16:02:32
```

Page 230

Exhibit 1
Page 26

HIGHLY CONFIDENTIAL

```
 1        Q.   On the next question.                    16:11:02

 2             First, I want to just make sure we are    16:11:04

 3   speaking in the same language without diving into   16:11:06

 4   a --                                                16:11:09

 5        A.   All right.  The idea of the SSNIP test is 16:11:10

 6   hypothetically in this particular market would a    16:11:16

 7   monopolist or a firm with market power be able to   16:11:23

 8   increase price and sustain that price increase      16:11:25

 9   without an unprofitable loss of customers that are  16:11:30

10   fleeing for another option.                         16:11:37

11             If, in fact, that is significant, that is 16:11:40

12   when we do empirically see an increase in price and 16:11:42

13   we see a pretty substantial number of customers     16:11:47

14   moving to another product, the question would be:   16:11:54

15   Does that other product belong in the same relevant 16:11:59

16   market?                                             16:12:01

17        Q.   Okay.                                     16:12:03

18        A.   So it's a mechanism, a hypothetical, and  16:12:03

19   hopefully you can do it empirically, but I haven't  16:12:07

20   seen it done empirically --                         16:12:09

21        Q.   Yeah.  In the --                          16:12:12

22        A.   -- where you are trying to measure the    16:12:13

23   boundaries of your product market in defining a     16:12:16

24   relevant market.                                    16:12:19

25        Q.   Okay.  And the candidate market here is the 16:12:19
```

Page 239

Exhibit 1
Page 27

HIGHLY CONFIDENTIAL

```
 1    acquisition of RISC contracts through a profit        16:12:24

 2    sharing program, right?  That's the market            16:12:30

 3    definition.                                           16:12:32

 4        A.   That is correct.                             16:12:32

 5        Q.   Okay.  And so when it says at 4.12 on        16:12:32

 6    page 10, the SSNIP -- just one second.  Okay.         16:12:37

 7           Let me just ask you this.  When it says        16:12:56

 8    (as read):                                            16:12:58

 9              The SSNIP is intended to                    16:12:58

10              represent a small but significant           16:12:59

11              increase in the price charged by            16:13:01

12              firms in the candidate market for           16:13:02

13              the value they contribute to the            16:13:04

14              products or services used by                16:13:05

15              customers.                                  16:13:07

16           I was referring to the candidate market as    16:13:08

17    the acquisition?                                      16:13:11

18        A.   Yes.  This is the definition, the candidate  16:13:12

19    definition.                                           16:13:14

20        Q.   Okay.  That's all I wanted to know.          16:13:14

21        A.   Okay.                                        16:13:16

22        Q.   We have agreement on that.  All right.       16:13:16

23    Let's move onto the big show.                         16:13:27

24        A.   All right.                                   16:13:29

25        Q.   Probit.                                      16:13:30
```

Veritext Legal Solutions
866 299-5127

Exhibit 1
Page 28

HIGHLY CONFIDENTIAL

```
 1      Q.   Yeah.  That's what I'm asking.          16:29:11

 2      A.   -- and that's what you're asking?       16:29:12

 3      Q.   Yes.                                     16:29:14

 4      A.   I would say under the right conditions, yes.  16:29:14

 5   And those conditions would be this:  That those that  16:29:16

 6   have diabetes can't drink the sugared drink, and that  16:29:21

 7   it is -- it is profitable for a monopolist to        16:29:26

 8   increase the price of the -- of the diet drink above  16:29:30

 9   competitive pricing, because they're -- they're       16:29:40

10   captive, and can profitably do so.                    16:29:44

11        And I would say yes, for that isolated          16:29:50

12   market, which is the market that is serving that      16:29:55

13   captive customer base, yes, that can be a relevant    16:29:58

14   market.                                               16:30:04

15      Q.   Okay.  Let me make sure I understand what  16:30:04

16   your probit model can do and cannot do in your view.  16:30:21

17      A.   Okay.                                       16:30:24

18      Q.   Am I correct that it cannot address whether  16:30:25

19   dealers currently switch back and forth between       16:30:28

20   methods of financing?                                 16:30:31

21        MS. BURNS:  Objection, incomplete            16:30:34

22   hypothetical.                                         16:30:35

23        MR. KEYTE:  It's actually a design question,  16:30:39

24   but go ahead.                                         16:30:41

25        THE WITNESS:  It -- right.  A probit         16:30:45
```

                                                    Page 253

Exhibit 1
Page 29

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | equation, assuming that there are two separate | 16:30:47 |
| 2 | buckets and we run an equation and it tells us those | 16:30:55 |
| 3 | factors that are consistent with the choice of | 16:30:59 |
| 4 | bucket A versus bucket B, it is not addressing the | 16:31:04 |
| 5 | issue of substitutability. | 16:31:08 |
| 6 | It says that they're different, but it | 16:31:12 |
| 7 | doesn't address the issue of substitutability. | 16:31:14 |
| 8 | BY MR. KEYTE: | 16:31:17 |
| 9 | Q.   All right. | 16:31:17 |
| 10 | A.   It gives us the possibility that they may | 16:31:17 |
| 11 | not be substitutes, but it does not prove the absence | 16:31:20 |
| 12 | of substitutability. | 16:31:24 |
| 13 | Q.   So it also likewise can't identify whether | 16:31:25 |
| 14 | dealers could switch to others in the event of a | 16:31:29 |
| 15 | decrease in compensation for the same reason? | 16:31:35 |
| 16 | A.   It does not.  There are other factors to | 16:31:38 |
| 17 | take into account that address the issue of | 16:31:41 |
| 18 | substitutability.  The probit analysis is one that | 16:31:44 |
| 19 | tells us that there are predictive factors on the | 16:31:50 |
| 20 | basis of the -- the decision of being a profit | 16:31:54 |
| 21 | sharing program or a purchase program, but it does | 16:31:59 |
| 22 | not answer the question of substitutability in and of | 16:32:05 |
| 23 | itself, all by itself. | 16:32:10 |
| 24 | Q.   Okay.  And nor can it capture -- your | 16:32:11 |
| 25 | particular structure of your probit model can't | 16:32:14 |

Page 254

Exhibit 1
Page 30

| | | |
|---|---|---|
| 1 | on the screen. | 16:35:26 |
| 2 | MR. KEYTE:  Relevant data in the | 16:35:27 |
| 3 | marketplace, yeah, okay. | 16:35:29 |
| 4 | THE WITNESS:  I understand that the -- that | 16:35:29 |
| 5 | vendor has made available the Equifax data in the | 16:35:30 |
| 6 | form that I'm using it relatively recently, say over | 16:35:33 |
| 7 | the last two years, perhaps. | 16:35:36 |
| 8 | BY MR. KEYTE: | 16:35:38 |
| 9 | Q.   Okay.  Now, Equifax does not list whether a | 16:35:38 |
| 10 | deal was financed using a profit sharing product or a | 16:35:41 |
| 11 | purchase product as you define them, correct? | 16:35:43 |
| 12 | A.   It does not have a variable that indicates | 16:35:45 |
| 13 | the type of contracts, that is correct. | 16:35:47 |
| 14 | Q.   And there's no industry data that does that, | 16:35:52 |
| 15 | is there? | 16:35:55 |
| 16 | A.   I'm aware of none that collects that | 16:35:56 |
| 17 | information and makes it available in the | 16:35:57 |
| 18 | marketplace. | 16:35:58 |
| 19 | Q.   Okay.  And that's even though in your | 16:35:59 |
| 20 | view -- well, that's true that profit sharing | 16:36:04 |
| 21 | products as you define them and purchase products as | 16:36:06 |
| 22 | you define them, have been around for decades, | 16:36:09 |
| 23 | correct? | 16:36:11 |
| 24 | A.   Yes, I'd say decades. | 16:36:14 |
| 25 | Q.   And Equifax doesn't track the amount of the | 16:36:15 |

Page 258

Exhibit 1
Page 31

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | local regional lenders offering profit sharing deals, | 16:38:35 |
| 2 | correct? | 16:38:40 |
| 3 | A.   No.  The reason is we suspect that there | 16:38:40 |
| 4 | aren't very many and we certainly can't identify | 16:38:42 |
| 5 | them. | 16:38:45 |
| 6 | Q.   Yeah.  I just want to know you didn't do it. | 16:38:46 |
| 7 | A.   Right. | 16:38:48 |
| 8 | Q.   Now, you know that CAC offers indirect | 16:38:54 |
| 9 | financing through profit sharing programs and | 16:38:56 |
| 10 | purchase programs, right? | 16:38:58 |
| 11 | A.   Yes.  And we have monitored through their | 16:38:59 |
| 12 | 10(k)s the percent of their deals over the years that | 16:39:03 |
| 13 | were profit sharing versus purchase, so we did | 16:39:08 |
| 14 | monitor that. | 16:39:11 |
| 15 | Q.   You monitor it, but so when you -- when you | 16:39:11 |
| 16 | used all of CAC, Western Funding, and GO Financial | 16:39:14 |
| 17 | deals to represent profit sharing deals, that data | 16:39:17 |
| 18 | actually includes purchase programs as well, correct? | 16:39:21 |
| 19 | MS. BURNS:  Objection -- | 16:39:24 |
| 20 | MR. KEYTE:  I was going to say it did. | 16:39:27 |
| 21 | MS. BURNS:  That's fine. | 16:39:29 |
| 22 | BY MR. KEYTE: | 16:39:30 |
| 23 | Q.   It did? | 16:39:30 |
| 24 | MS. BURNS:  I'm not trying to effect the | 16:39:31 |
| 25 | answer.  I was just trying to get my objection on the | 16:39:33 |

Page 261

Exhibit 1
Page 32

HIGHLY CONFIDENTIAL

```
 1    record.                                          16:39:35

 2           MR. KEYTE:  Go ahead.  I didn't mean -- go 16:39:35

 3    ahead and state your objection.                  16:39:36

 4           MS. BURNS:  I just said objection.  I think 16:39:37

 5    that slightly mischaracterizes the report.       16:39:40

 6           Go ahead.                                  16:39:43

 7           MR. KEYTE:  Yeah, I don't think it does.  It 16:39:44

 8    didn't.                                          16:39:45

 9       Q.   Right?  I mean, it does include profit    16:39:46

10    purchase programs, correct?                      16:39:49

11       A.   It does.  Knowing that CAC over the --  over 16:39:50

12    some of the years has some purchase contracts in this 16:39:55

13    data set, that is correct.                       16:40:00

14       Q.   Now, why can't you -- why can't you identify 16:40:02

15    local profit sharing lenders in transactions?    16:40:13

16       A.   I don't know how I would identify them, and 16:40:24

17    for the purposes here, I don't need them.  In the 16:40:29

18    probit analysis that I'm doing, I want to have a rich 16:40:34

19    representation, the best desirablilty, a rich    16:40:39

20    representation of profit sharing deals, and a rich 16:40:43

21    representation of purchase deals and a rich      16:40:46

22    representation of Buy Here Pay Here.             16:40:48

23           And if I can get that through the national 16:40:51

24    players, I'm satisfied that the analysis that I'm 16:40:53

25    doing is robust and helps form an opinion and    16:40:59
```

Exhibit 1
Page 33

HIGHLY CONFIDENTIAL

```
 1    variables.                                          16:44:12

 2         Let me give you an example.  In Equifax,       16:44:13

 3    there is a VantageScore that is the representation of 16:44:16

 4    the creditworthiness of the purchaser of the vehicle. 16:44:20

 5    I don't know and I don't remember if, in fact, that  16:44:26

 6    same VantageScore is in the CAC data set.  If it is  16:44:31

 7    any other measure of creditworthiness, they're not   16:44:39

 8    directly comparable.                                 16:44:43

 9         The benefit of the Equifax data is there's     16:44:45

10    consistency in the way in which they have measured   16:44:50

11    the variables on the right-hand side.  And I have to 16:44:52

12    have that consistency because CAC is a major --      16:45:00

13         Q.   Go ahead.                                  16:45:12

14         A.   -- CAC is a major source of profit sharing 16:45:14

15    deals in our data set.  And if, in fact, the         16:45:17

16    measurement of one or other variables are different  16:45:19

17    for CAC versus the others, it could confound the     16:45:26

18    results.                                             16:45:29

19         Q.   Okay.  So let me just state it plainly, and 16:45:29

20    I'm not being critical:  You chose to make sure to   16:45:32

21    use Equifax data so that it was consistent on the    16:45:36

22    variables even though it by definition ignored the   16:45:40

23    difference between purchase and profit?              16:45:43

24         A.   Correct.  I did not have an indicator for  16:45:46

25    CAC whether the particular deal I'm working with is  16:45:49
```

Page 265

Exhibit 1
Page 34

HIGHLY CONFIDENTIAL

```
 1              MR. KEYTE:  All right.                    16:49:43

 2              THE WITNESS:  Maybe that's another good   16:49:43

 3    reason to have a deposition.                        16:49:44

 4    BY MR. KEYTE:                                       16:49:45

 5         Q.   Yes.                                      16:49:46

 6              Now, approximately -- am I correct that   16:49:46

 7    approximately 90 percent of CAC, Western Funding, and  16:49:48

 8    GO Financial deals in your model come from CAC, and 16:49:52

 9    you said there's a lot of -- a lot of CAC in there? 16:49:56

10         A.   Say that -- let me --                     16:50:01

11         Q.   I'll represent to you, 'cause we've looked  16:50:03

12    at -- that approximately 90 percent of the CAC,     16:50:05

13    Western Funding, and GO Financial deals in your model  16:50:09

14    come from CAC?                                       16:50:12

15         A.   Okay.  I can believe that, that's fair.  16:50:18

16         Q.   And you would agree that CAC operates in the  16:50:19

17    subprime and deep subprime credit space, correct?  16:50:21

18         A.   Yes, with their -- with their purchase   16:50:25

19    program and with their profit sharing program --   16:50:27

20         Q.   They do it with both?                      16:50:31

21         A.   They do it with both when -- and we had   16:50:32

22    rather long discussions earlier in this deposition  16:50:35

23    about the extent to which there can be purchase     16:50:38

24    transactions in deep subprime.                      16:50:40

25         Q.   Okay.  If Equifax does not track whether  16:50:44
```

                                        Page 270

Exhibit 1
Page 35

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   That is correct. | 16:54:41 |
| 2 | Q.   And there were 445,378 Buy Here Pay Here | 16:54:42 |
| 3 | deals used in your model, correct? | 16:54:47 |
| 4 | A.   I don't have that number in memory. | 16:54:49 |
| 5 | Q.   It's on Table 10, page 53. | 16:54:53 |
| 6 | A.   Page 53, okay.  Tell me where on page -- | 16:54:59 |
| 7 | Q.   Let me back up.  Before I get to that, the | 16:55:10 |
| 8 | ones where you did not include deals that were | 16:55:13 |
| 9 | actually profit sharing deals at the local and | 16:55:15 |
| 10 | regional level as profit sharing deals, you did | 16:55:18 |
| 11 | include them but they were purchase -- | 16:55:21 |
| 12 | A.   They were purchase -- | 16:55:24 |
| 13 | Q.   They were -- | 16:55:24 |
| 14 | A.   They were -- | 16:55:25 |
| 15 | Q.   They were assigned and purchase? | 16:55:26 |
| 16 | A.   Yes.  They were assigned and purchased as a | 16:55:28 |
| 17 | default. | 16:55:31 |
| 18 | Q.   Yeah.  Okay.  If you look at Table 10, | 16:55:32 |
| 19 | page 53, and I think the 445,378, right there -- | 16:55:34 |
| 20 | A.   Yes. | 16:55:48 |
| 21 | Q.   -- and those are Buy Here Pay Here deals, | 16:55:49 |
| 22 | correct? | 16:55:52 |
| 23 | A.   No. | 16:55:52 |
| 24 | Q.   Okay.  What are they?  Tell me. | 16:55:52 |
| 25 | A.   These are the total number of deals in that | 16:55:54 |

Page 274

Exhibit 1
Page 36

HIGHLY CONFIDENTIAL

```
 1      A.   Yes, it would be harder to get to the profit    17:30:16
 2   sharing.                                                 17:30:17
 3      Q.   Okay.  That's what -- all right.                 17:30:17
 4      A.   I think -- I think we're confusing               17:30:19
 5   preference versus the ability to assign.                 17:30:24
 6      Q.   No, I understand.                                17:30:27
 7           This is an assigning clearing mechanism and      17:30:28
 8   you're using 50 percent 'cause in your view that's       17:30:31
 9   standard?                                                17:30:33
10      A.   Yes.                                             17:30:34
11           MS. BURNS:  Objection, vague.                    17:30:34
12   BY MR. KEYTE:                                            17:30:35
13      Q.   Now, I understand.                               17:30:35
14      A.   Okay.                                            17:30:36
15      Q.   Taken me awhile.                                 17:30:36
16           Now, let's -- turning back to the                17:30:38
17   98.62 percent number.                                    17:30:42
18      A.   Yeah.                                            17:30:43
19      Q.   What does that number mean, then?                17:30:43
20      A.   It means using these probit -- the probit        17:30:46
21   equation in assigning probabilities, that we're going    17:30:52
22   to accurately assign 98 percent of the purchase          17:31:00
23   contracts.                                               17:31:08
24      Q.   Okay.  And let me read something, tell me if     17:31:10
25   it's right.  I think it is.                              17:31:12
```

Page 288

Exhibit 1
Page 37

HIGHLY CONFIDENTIAL

```
 1        A.   All right.                        17:31:13

 2        Q.   So it means that from 98.62 percent of    17:31:14

 3   purchase loans, your model predicted them as having a   17:31:16

 4   greater than 50 percent chance of being purchased?   17:31:22

 5        A.   Yes, and being assigned.            17:31:25

 6        Q.   Okay.  All right.  Did you look at how often   17:31:28

 7   your model correctly predicted whether a loan was   17:31:30

 8   made with profit sharing product only?      17:31:32

 9        A.   Would you repeat that question?     17:31:36

10        Q.   Did you look at how often your first probit   17:31:36

11   model correctly predicted whether a loan was made   17:31:40

12   with a profit sharing product only?         17:31:42

13        A.   I'm confused over the word "only."   17:31:47

14        Q.   In isolation.  We just did purchase,   17:31:49

15   98.62 --                                     17:31:54

16        A.   Yes.                               17:31:54

17        Q.   -- and then for profit only.       17:31:55

18        A.   Yes, I did.                        17:31:56

19        Q.   Okay.  Now, that would require looking at   17:31:57

20   how many of the 154,969 profit sharing deals in the   17:31:59

21   model were predicted correctly, right?      17:32:03

22        A.   Correct.                           17:32:06

23        Q.   And that number is not reflected in your   17:32:06

24   report, correct?                             17:32:08

25        A.   Correct.                           17:32:10
```

                                              Page 289

Exhibit 1
Page 38

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   It is reflected in the probit log file, | 17:32:10 |
| 2 | correct? | 17:32:14 |
| 3 | A.   It is. | 17:32:14 |
| 4 | Q.   Now, is that the line denoted | 17:32:14 |
| 5 | sensitivity .38, correct? | 17:32:21 |
| 6 | A.   That's correct. | 17:32:22 |
| 7 | Q.   Now, is that -- that means that of the | 17:32:22 |
| 8 | 154,969 profit sharing loans you identified, your | 17:32:27 |
| 9 | model predicted only 585 as having a probability of | 17:32:31 |
| 10 | being a profit sharing loan at or above 50 percent, | 17:32:35 |
| 11 | correct? | 17:32:39 |
| 12 | A.   That is correct. | 17:32:39 |
| 13 | Q.   So -- so 154,384 of the 154,969 loans that | 17:32:40 |
| 14 | you identified as profit sharing loans, have a higher | 17:32:57 |
| 15 | predicted probability in your model of being purchase | 17:33:01 |
| 16 | program loans and not profit sharing loans, correct? | 17:33:05 |
| 17 | A.   Correct. | 17:33:07 |
| 18 | Q.   Okay. | 17:33:08 |
| 19 | A.   And, of course, this is addressed in my | 17:33:13 |
| 20 | rebuttal report -- | 17:33:16 |
| 21 | Q.   No.  I understand.  I just want to make sure | 17:33:17 |
| 22 | I had it right in the first one. | 17:33:19 |
| 23 | A.   Correct.  That is correct. | 17:33:20 |
| 24 | Q.   So turn -- | 17:33:21 |
| 25 | A.   This is underestimating the membership in | 17:33:22 |

Page 290

Exhibit 1
Page 39

HIGHLY CONFIDENTIAL

```
 1    the profit sharing bucket, this probit does that --    17:33:26

 2        Q.   Okay.  Now --                                 17:33:31

 3        A.   -- in the prediction function of probit.      17:33:32

 4        Q.   Okay.  Now, turning back to page 54 of your   17:33:33

 5    opening report.                                        17:33:36

 6        A.   Yes.                                           17:33:37

 7        Q.   Do you see where you state (as read):         17:33:38

 8             The use of the regression                     17:33:40

 9             coefficients in assigning deals               17:33:42

10             between the two groups results in a           17:33:45

11             success rate --                               17:33:47

12        A.   Yes.                                           17:33:49

13        Q.   (As read):                                    17:33:49

14             -- of 88.48 percent?                          17:33:49

15        A.   Correct.                                       17:33:52

16        Q.   Am I correct that this number is largely the  17:33:52

17    result of the model correctly predicting, as you       17:33:54

18    define predicting, almost 100 percent of the purchase  17:33:58

19    program loans that comprise 90 percent of the data     17:34:01

20    used in the model?                                      17:34:04

21        A.   That is correct.                               17:34:05

22        Q.   Okay.  And fails to explain, just in this     17:34:05

23    part, that profit sharing loans were not predicted,    17:34:09

24    not predicted 99.62 of the time, or just not include   17:34:14

25    that?                                                   17:34:19
```

                                              Page 291

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | statistically significant different from zero, where | 17:37:29 |
| 2 | I am going to pick up differences in those factors, | 17:37:34 |
| 3 | individually and collectively, to explain differences | 17:37:40 |
| 4 | in whether a deal is purchase or a deal is profit | 17:37:44 |
| 5 | share. | 17:37:50 |
| 6 | And in so doing, it's giving me further | 17:37:51 |
| 7 | assurance of what we're planning in those bar charts. | 17:37:54 |
| 8 | Q.   I know this is what you say, that you were | 17:37:58 |
| 9 | not attempting to successfully assign deals, correct? | 17:38:01 |
| 10 | A.   In this particular equation, that is | 17:38:05 |
| 11 | correct. | |
| 12 | Q.   Okay.  Now, if you look at your report, | 17:38:07 |
| 13 | first report on page 52, paragraph 2, last sentence | 17:38:09 |
| 14 | in paragraph 2, you say (as read): | 17:38:18 |
| 15 | If one can successfully assign | 17:38:19 |
| 16 | deals, one can conclude that the | 17:38:21 |
| 17 | three products have distinct | 17:38:23 |
| 18 | characteristics supporting the | 17:38:25 |
| 19 | finding that these products belong | 17:38:27 |
| 20 | in distinct markets. | 17:38:28 |
| 21 | A.   Tell me where you are. | 17:38:30 |
| 22 | Q.   Oh, right here, page 52. | 17:38:31 |
| 23 | A.   Yes. | 17:38:34 |
| 24 | Q.   Second full paragraph, last sentence. | 17:38:34 |
| 25 | A.   Yes. | 17:38:36 |

Page 294

HIGHLY CONFIDENTIAL

```
 1        Q.    And so if I read that if one cannot        17:38:36

 2    successfully assign deals, one can conclude that the   17:38:38

 3    three products don't have distinct characteristics     17:38:42

 4    not supporting the finding of these products belong    17:38:45

 5    in distinct markets.

 6        A.    All right.                                   17:38:49

 7            MS. BURNS:   Objection, misstates --          17:38:50

 8    BY MR. KEYTE:                                          17:38:52

 9        Q.    Is that right?                               17:38:52

10        A.    That is correct.  And what I did in the      17:38:53

11    rebuttal report is that I configured the data set for  17:38:54

12    which I could eliminate the bias, and it is accurate   17:38:57

13    in predicting.  In short, when we have --              17:39:00

14        Q.    I'm sorry.  In your reply, you're talking -- 17:39:03

15        A.    In the reply, yes.                           17:39:06

16        Q.    Okay.  But in the first one you did not      17:39:07

17    successfully assign deals?                             17:39:09

18        A.    In the first one, I would agree I did not    17:39:11

19    successfully assign deals, but that doesn't mean that  17:39:12

20    when configured where we get rid of the bias it would  17:39:18

21    not --                                                 17:39:20

22        Q.    Okay.                                        17:39:21

23        A.    -- so perhaps I was misleading.              17:39:21

24        Q.    Okay.  And in the first one, it was          17:39:23

25    massively off for profit?                             17:39:25
```

                                                    Page 295

```
 1              observable characteristics.              18:34:00

 2              Do you agree with that?                  18:34:01

 3       A.    Correct.                                  18:34:02

 4       Q.    And then on page 12, where it's continuing 18:34:03

 5  with the theme of targeted customers (as read):      18:34:22

 6              If a hypothetical monopolist              18:34:24

 7              could profitably target a subset of       18:34:28

 8              customers for price increases, the        18:34:31

 9              agencies may identify relevant            18:34:33

10              markets --                                18:34:35

11              THE REPORTER:  What around the targeted   18:34:40

12  customers?                                           18:34:40

13              MR. KEYTE:  Defined around those targeted

14  customers.

15       Q.    Do you see that?                           18:34:41

16       A.    Correct.                                   18:34:42

17       Q.    One thing I want to make sure, you would   18:34:42

18  agree that your probit model does not demonstrate the 18:34:45

19  ability to price discriminate?                        18:34:48

20       A.    It does not.  By itself, it does not.      18:34:50

21       Q.    And do you do any price discrimination     18:34:52

22  analysis in either of your reports?                   18:34:58

23       A.    No.                                        18:35:07

24       Q.    Okay.                                      18:35:08

25       A.    I do --                                    18:35:12
```

Page 321

HIGHLY CONFIDENTIAL

```
 1    BY MR. KEYTE:                                    18:49:49

 2        Q.   Is that correct?                        18:49:52

 3        A.   Goodness.  Would you repeat that?       18:49:53

 4             MR. KEYTE:  Could you repeat that.  It  18:49:57

 5    wasn't so bad.                                   18:49:58

 6             THE WITNESS:  I lost it halfway through.18:50:01

 7             MR. KEYTE:  You know, it's tough one, but it 18:50:03

 8    wasn't so bad.  Let's see.  Lori, I'm going to blame 18:50:05

 9    you if it doesn't sound good.                    18:50:09

10                                                     18:50:46

11             (Whereupon the record was read by

12             the reporter as follows:

13                "Q.  Okay.  So you analyzed other

14             industries to see whether they would

15             apply to this industry.  You didn't

16             analyze this industry and but-for

17             world conditions to test whether the

18             actual but-for world without the

19             '807 Patent matched this model that

20             you essentially imposed on the

21             but-for world?")

22

23             THE WITNESS:  That is correct.          18:50:47

24    BY MR. KEYTE:                                    18:50:48

25        Q.   And --                                  18:50:48

                                             Page 331
```

Exhibit 1
Page 44

HIGHLY CONFIDENTIAL

```
 1        A.   Can I explain why?                    18:50:48

 2        Q.   No.  I liked that is correct.  You explain  18:50:49

 3   why in your report, that's all.                 18:50:53

 4        A.   Okay.                                  18:50:58

 5        Q.   Now, this literature is frequently applied  18:50:58

 6   to consumer goods, correct?                      18:51:01

 7        A.   It is applied to consumer goods.       18:51:09

 8        Q.   Yeah.  Has it ever been applied to auto  18:51:11

 9   financing?                                       18:51:13

10        A.   Not to my knowledge.                   18:51:16

11        Q.   Or to any consumer financing?  I haven't  18:51:16

12   seen it.                                         18:51:20

13        A.   I have not seen it either.             18:51:21

14        Q.   Okay.  And one of the points that is   18:51:22

15   stressed in some of the articles is the expenditure  18:51:27

16   of a significant amount of revenues on advertising,  18:51:30

17   which is consistent with looking at consumer --  18:51:32

18   consumer goods products, correct?               18:51:36

19        A.   I would have to review.  I don't think -- I  18:51:41

20   would have to look.                             18:51:54

21        Q.   Look at 648 --                         18:51:55

22        A.   All right.                             18:51:56

23        Q.   -- where it states -- it's the last sentence  18:51:57

24   of the under statistical model, first paragraph, last  18:52:00

25   sentence (as read):                              18:52:05
```

Veritext Legal Solutions
866 299-5127

Exhibit 1
Page 45

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   Okay.  You would agree with some basic | 19:01:11 |
| 2 | facts, whether you think they're relevant or not, | 19:01:14 |
| 3 | that prior to 2001, Jayhawk and National Credit | 19:01:16 |
| 4 | sequentially entered the market and did not do well | 19:01:23 |
| 5 | and eventually failed? | 19:01:27 |
| 6 | A.   That is correct. | 19:01:28 |
| 7 | Q.   That the '807 Patent did not effect them -- | 19:01:28 |
| 8 | A.   Correct. | 19:01:32 |
| 9 | Q.   -- that they had collateral pools -- | 19:01:33 |
| 10 | A.   Correct. | 19:01:35 |
| 11 | Q.   -- and that CAC was the first mover and then | 19:01:35 |
| 12 | there were two entrants that failed. | 19:01:38 |
| 13 | A.   Correct. | 19:01:40 |
| 14 | Q.   And you did not analyze why? | 19:01:41 |
| 15 | A.   I did not analyze that because it was -- | 19:01:43 |
| 16 | that history was not useful to me in terms of | 19:01:46 |
| 17 | understanding the -- the impact of CAC's conduct from | 19:01:51 |
| 18 | 2001 forward.  And we went over this earlier, and I | 19:01:58 |
| 19 | think we may have spent 30 minutes on it, but just to | 19:02:02 |
| 20 | reflect again. | 19:02:06 |
| 21 | Q.   Yes. | 19:02:07 |
| 22 | A.   I am of the assumption, and I believe it is | 19:02:09 |
| 23 | consistent with the evidence, that from 2001 forward, | 19:02:12 |
| 24 | Westlake responded to the patent activity, the | 19:02:20 |
| 25 | conduct of the patent activity and did not implement | 19:02:26 |

Page 340

Exhibit 1
Page 46

HIGHLY CONFIDENTIAL

```
 1    STATE OF CALIFORNIA        )  ss.
 2    COUNTY OF LOS ANGELES      )

 3

 4         I, Lori M. Barkley, CSR No. 6426, do hereby
 5    certify:
 6         That the foregoing deposition testimony
      taken before me at the time and place therein set
 7    forth and at which time the witness was administered
 8    the oath;
 9         That the testimony of the witness and all
10    objections made by counsel at the time of the
11    examination were recorded stenographically by me, and
12    were thereafter transcribed under my direction and
      supervision, and that the foregoing pages contain a
13    full, true and accurate record of all proceedings and
14    testimony to the best of my skill and ability.
           I further certify that I am neither counsel
15    for any party to said action, nor am I related to any
16    party to said action, nor am I in any way interested
17    in the outcome thereof.
18         IN WITNESS WHEREOF, I have subscribed my
19    name this 24th day of July, 2017.
20

21

22

23

24

25    LORI M. BARKLEY, CSR No. 6426
```

Page 356

Exhibit 1
Page 47