JASON D. RUSSELL (CA SBN 169219)
DOUGLAS A. SMITH (CA SBN 290598)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
Email: jason.russell@skadden.com
douglas.smith@skadden.com

JONATHAN L. FRANK *admitted *pro hac vice*
JAMES A. KEYTE *admitted *pro hac vice*
PATRICK G. RIDEOUT *admitted *pro hac vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Email: jonathan.frank@skadden.com
james.keyte@skadden.com
patrick.rideout@skadden.com

Attorneys for Defendant
CREDIT ACCEPTANCE CORPORATION

*Additional counsel listed on following page*:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>Defendant. | CASE No.: 2:15-cv-07490 SJO (MRWx)<br><br>**JOINT WITNESS LIST, SUMMARY OF WITNESS TESTIMONY, AND TIME ESTIMATES**<br><br>Hon. S. James Otero<br><br>Pretrial Conference: Nov. 20, 2017<br>Trial Date: Dec. 5, 2017 |

JOINT WITNESS LIST

```
 1  EKWAN E. RHOW (CA SBN 174604)
    TIMOTHY B. YOO (CA SBN 254332)
 2  RAY S. SEILIE (CA SBN 277747)
    BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
 3  DROOKS, LINCENBERG & RHOW, P.C.
    1875 Century Park East, 23rd Floor
 4  Los Angeles, California 90067-2561
    Telephone: (310) 201-2100
 5  Facsimile: (310) 201-2110
    Emails:    erhow@birdmarella.com
 6             tyoo@birdmarella.com
               rseilie@birdmarella.com
 7
    Attorneys for Plaintiff
 8  WESTLAKE SERVICES, LLC d/b/a
    WESTLAKE FINANCIAL SERVICES
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

JOINT WITNESS LIST

# JOINT WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i), Local Rule 16-5, and Section 1.B.3 of the "Order re Jury/Court Trial for Civil Cases Assigned to Judge S. James Otero," Plaintiff Westlake Services, LLC d/b/a Westlake Financial Services ("Westlake") and Defendant Credit Acceptance Corporation ("CAC," and with Westlake, the "Parties") submit the following joint list of witnesses they will or may call at trial in this matter, excluding any witnesses to be called solely for impeachment purposes. Witnesses whom the parties may call are indicated by an asterisk. The Parties have used reasonable best efforts to estimate the length of time needed for each examination, which is subject to change. The parties reserve the right to supplement this list, including if any of the below-named witnesses becomes unavailable.

| Witness Name and Party Calling the Witness | Summary of Testimony | Will Call/ May Call | Estimated Length in Hours or Minutes of Direct, Cross, Re-Direct, Re-Cross |
|---|---|---|---|
| Ian Anderson (Plaintiff witness) c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. | Ian Anderson is Westlake's President and has been an employee of Westlake since 2005. Mr. Anderson will testify regarding Westlake's understanding of and efforts to compete in the alleged profit-sharing market. Mr. Anderson will also testify regarding indirect auto financing, the different products Westlake offers and has offered to dealers in connection with auto financing, and the competitive dynamics that exist within the used car auto financing industry. | Will Call | Direct = 1.5 hours<br>Cross = 1 hour<br>Re-direct = 15 minutes<br>Re-Cross = 10 minutes |

| | | | |
|---|---|---|---|
| 1875 Century Park East, 23rd Floor Los Angeles, California 90067-2561 (310) 201-2100 | | | |
| Chris Urban (Plaintiff witness) c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. 1875 Century Park East, 23rd Floor Los Angeles, California 90067-2561 (310) 201-2100 | Chris Urban is the Senior Vice President of Risk Management at Westlake.  Mr. Urban will testify, from a risk management perspective, regarding indirect auto financing, the different products Westlake offers and has offered to dealers in connection with auto financing, and the competitive dynamics that exist within the used car auto financing industry.  Mr. Urban will also testify about Westlake's efforts to compete with CAC at the business level. | Will Call | Direct = 1 hour Cross = 45 minutes Re-Direct = 15 minutes Re-Cross = 10 minutes |
| Mark Vazquez (Plaintiff witness) c/o Bird, Marella, Boxer, | Mark Vazquez is the Senior Vice President of Sales and Marketing at Westlake.  Mr. Vazquez will testify, from a sales perspective, regarding the different products Westlake offers and has offered to dealers in connection with auto financing, and the competitive dynamics that exist within the used car auto financing industry.  Mr. | Will Call | Direct = 30 minutes Cross = 45 minutes Re-Direct = 15 minutes Re-Cross = 10 |

| | | | | |
|---|---|---|---|---|
| | Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. 1875 Century Park East, 23rd Floor Los Angeles, California 90067-2561 (310) 201-2100 | Vasquez will also testify about Westlake's efforts to compete with CAC at the sales level. | | minutes |
| | Jeffrey Brock (Plaintiff and Defendant witness) c/o Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Los Angeles, CA 90071; (213) 687-5000 | Jeffrey Brock is the named inventor of U.S. Patent No. 6,950,807 (the "'807 Patent"). Mr. Brock will testify about the development and pilot testing of CAC's Credit Approval Processing System ("CAPS"), an Internet-based loan origination system that is an embodiment of some of the claims of the '807 Patent. In particular, Mr. Brock will testify about his role as the Functional Lead of the CAPS project in the development of CAPS in 2000, the experimental testing of CAPS during the pilot program from August through December 2000, the release of CAPS to non-pilot program dealers beginning in January 2001, and CAC's prosecution of the '807 Patent. Mr. Brock will also testify regarding his understanding of the '807 Patent and CAC's application process for that patent. | Will Call | Plaintiff Direct = 1 hour Defendant Cross = 1.5 hours Re-direct = 30 minutes Re-Cross = 15 minutes |
| | Douglas Busk (Plaintiff and Defendant witness) | Douglas Busk is CAC's Treasurer, a position he has held for the better part of two decades. He will testify regarding the structure and evolution of CAC's indirect auto financing programs, including the | Will Call | Plaintiff Direct = 30 minutes Defendant Cross = 1 hour |

| | | | |
|---|---|---|---|
| c/o Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Los Angeles, CA 90071; (213) 687-5000 | compensation CAC pays to auto dealers to acquire retail installment sales contracts ("RISCs"), and the ways in which CAC shares profit and risk of nonpayment or default with dealers. Mr. Busk will also testify regarding competition in acquiring RISCs from dealers, how CAC competes to provide financing, industry data on which CAC relies, the lenders who compete with CAC, and the marketing and public statements regarding CAPS. Mr. Busk will also testify regarding the patent infringement lawsuits CAC filed against GO Financial and Westlake in March 2013. | | Re-Direct = 15 minutes<br><br>Re-Cross = 15 minutes |
| Charles Pearce<br><br>(Plaintiff and Defendant witness)<br><br>c/o Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Los Angeles, CA 90071; (213) 687-5000 | Charles Pearce is CAC's Chief Legal Officer. Mr. Pearce will provide non-privileged testimony regarding CAC's application for the '807 Patent and CAC's decision to sue Westlake in 2013 for infringing the '807 Patent. | Will Call | Plaintiff Direct = 30 minutes<br><br>Defendant Cross = 30<br><br>Re-Direct = 15 minutes<br><br>Re-Cross = 5 minutes |
| Donald House<br><br>(Plaintiff witness)<br><br>c/o RRC, Inc., 3000 Briarcrest | Dr. Donald House is Westlake's economic expert. Dr. House will testify regarding Westlake's market definition, CAC's purported market power, and Westlake's purported injuries. | Will Call | Direct = 2 hours<br><br>Cross = 1.5 hours<br><br>Re-Direct = 30 minutes<br><br>Re-Cross = 20 |

| | | | | |
|---|---|---|---|---|
| Dr. Ste 600, Bryan, TX 77802 | | | | minutes |
| Andrew Dick (Defendant witness)<br><br>c/o Charles River Associates, 1201 F Street, N.W., Washington, D.C. 20004; (202) 662-3898 | Dr. Andrew Dick is an antitrust economist, former Acting Chief of the Competition Policy Section of the Antitrust Division of the U.S. Department of Justice, and CAC's expert.  He will testify about his background and the expert opinions in his Rule 26(a)(2) reports, including that: (1) Westlake's alleged relevant market is not a properly defined antitrust market; (2) CAC does not have monopoly power within Westlake's alleged market; (3) no evidence exists that Westlake or competition generally has been harmed by CAC's alleged anticompetitive conduct; and (4) the damages estimate of Westlake's expert, Dr. Donald House, is unsupported and arbitrary because his damages model does not measure the purported injury from the alleged anticompetitive conduct nor isolate the purported effect of that conduct from lawful competition and unrelated market events. | Will Call | Direct = 2 hours<br><br>Cross = 45 minutes<br><br>Re-Direct = 25 minutes<br><br>Re-Cross = 5 minutes |
| Robert Stoll (Plaintiff witness)<br><br>Drinker Biddle, 1500 K Street, N.W., Ste. 1100, Washington, D.C., 20005-1209 | Robert Stoll is a former patent examiner for the U.S. Patent and Trademark Office.  Mr. Stoll will testify about the practices and expectations of the USPTO as applied to CAC's application for the '807 Patent. | Will Call | Direct = 1 hour<br><br>Cross = 30 minutes<br><br>Re-Direct = 15 minutes<br><br>Re-Cross = 10 minutes |

| | | | | |
|---|---|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | Marsha Courchane (Defendant witness)<br><br>c/o Charles River Associates, 1201 F Street, N.W., Washington, D.C. 20004; (202) 662-3804 | Dr. Marsha J. Courchane is CAC's expert on the auto financing industry.  Dr. Courchane will testify about her background and the opinions expressed in her Rule 26(a)(2) report, including about: (1) the general structure of the automobile finance industry; (2) options available to automobile dealers to offer financing to end consumers, and, in particular, indirect financing; and (3) the distinctions Dr. House seeks to draw among the various financing options available to automobile dealers for car buyers, in analyzing whether profit sharing programs compete with other forms of auto financing. | May Call | Direct = 45 minutes<br><br>Cross = 30 minutes<br><br>Re-Direct = 15 minutes<br><br>Re-Cross = 5 minutes |
| 12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24 | David Hricik* (Defendant witness)<br><br>Mercer University School of Law 1021 Georgia Ave. Macon, GA 31207; (478) 301-4154 | David Hricik, a Professor of Law at Mercer University School of Law, is CAC's patent expert.  He will testify about his background and the opinions expressed in his Rule 26(a)(2) reports, including about the following: (1) the on-sale and public use bars under 35 U.S.C. § 102(b), including experimental use negation of those bars; and (2) the "but for" materiality standard articulated in *Therasense*, *Inc. v. Becton, Dickinson & Co.*, 649 F.3d 1276 (Fed. Cir. 2011) (en banc), and how that standard differs from the materiality standard in 37 C.F.R. § 1.56.  Professor Hricik will also testify about the unreliability of Mr. Stoll's opinions and his methodological shortcomings. | May Call | Direct = 30 hour<br><br>Cross = 1 hour<br><br>Re-Direct = 10 minutes<br><br>Re-Cross = 5 minutes |
| 25<br>26<br>27<br>28 | David Ball* (Plaintiff or Defendant witness either | David Ball is an automobile dealer who owns a dealership in California.  Mr. Ball will testify about CAC's purported market power and Westlake's purported marketplace | May Call | Plaintiff Direct = 15 minutes<br><br>Cross = 20 minutes |

6
JOINT WITNESS LIST

| | | | |
|---|---|---|---|
| live or via deposition)<br><br>c/o Ken Barish, Barish Tax Law, 1801 Century Park East, 16th Floor, Los Angeles, CA 90067 | injury, if necessary to rehabilitate testimony from Westlake witnesses or impeach testimony from CAC witnesses. | | Re-Direct = 5 minutes<br><br>Re-Cross = 5 minutes |
| Jonathan Eyraud*<br><br>(Plaintiff or Defendant witness either live or via deposition)<br><br>c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. 1875 Century Park East, 23rd Floor Los Angeles, California 90067-2561 | Jonathan Eyraud is an Internal Sales Representative at Westlake. Mr. Eyraud will testify regarding the different products Westlake offers and has offered to dealers in connection with auto financing, and the methods by which Westlake works with auto dealers on a deal-by-deal basis to originate loans. Mr. Eyraud will also testify about Westlake's efforts to compete with CAC in the profit-sharing market, if necessary to rehabilitate and/or impeach testimony. | May Call | Defendant Direct = 30 minutes<br><br>Cross = 10 minutes<br><br>Defendant Re-Direct = 10 minutes<br><br>Re-Cross = 5 minutes |

| | | | |
|---|---|---|---|
| Rufus Hankey*<br><br>(Plaintiff or Defendant witness either live or via deposition)<br><br>c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. 1875 Century Park East, 23rd Floor Los Angeles, California 90067-2561<br>(310) 201-2100 | Rufus Hankey was President of Nowcom during the relevant period.  Mr. Hankey will testify regarding the '807 Patent, Westlake's awareness of its alleged injury, Nowcom's development of Dealer Center, Westlake's own patent applications, as well as the different products Westlake and NowCom offer and have offered to dealers in connection with auto financing. | May Call | Defendant Direct = 45 minutes<br><br>Cross = 10 minutes<br><br>Defendant Re-Direct = 15 minutes<br><br>Re-Cross = 5 minutes |
| Perry Leventhal*<br><br>(Plaintiff or Defendant witness live or via deposition)<br><br>c/o Bird, Marella, Boxer, Wolpert, Nessim, | Perry Leventhal is the former Senior Financial Risk Analyst at Westlake and is a current employee at Western Funding.  Mr. Leventhal will testify regarding the different products Westlake and Western Funding offer and have offered to dealers in connection with auto financing, and in particular Westlake's Profit Builder program.  Mr. Leventhal will also testify about Westlake's efforts to compete against CAC if necessary to rehabilitate testimony from Westlake witnesses or impeach testimony | May Call | Defendant Direct = 30 minutes<br><br>Cross = 15 minutes<br><br>Defendant Re-Direct = 15 minutes<br><br>Re-Cross = 5 minutes |

8
JOINT WITNESS LIST

| | | | |
|---|---|---|---|
| Drooks, Lincenberg & Rhow, P.C. 1875 Century Park East, 23rd Floor Los Angeles, California 90067-2561 (310) 201-2100 | from CAC witnesses. | | |
| Daniel Ulatowski* (Plaintiff or Defendant witness via deposition) c/o Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Los Angeles, CA 90071; (213) 687-5000 | Daniel Ulatowski is CAC's Chief Sales Officer. He has been employed by CAC since 1996 and has held various positions at CAC predominantly in sales. He will testify about CAC's sales practices and competition in the marketplace, if necessary, to rehabilitate and/or impeach testimony. | May Call | Plaintiff Direct = 30 minutes Cross = 20 minutes Plaintiff Re-Direct = 15 minutes Re-Cross = 10 minutes |
| Steve Jones* (Defendant witness) c/o Skadden, Arps, Slate, Meagher & Flom LLP, 300 South | Steve Jones is the President of CAC. Mr. Jones joined CAC in 1997, and was named Chief Administrative Officer in November 2003, Chief Analytics Officer in December 2004, Chief Originations Officer in June 2006, and to his present position in April 2007. Mr. Jones also assumed the responsibilities of Chief Operating Officer in February 2008. Mr. Jones may testify if | May Call | Direct = 30 minutes Cross = 30 minutes Re-Direct = 10 minutes Re-Cross = 5 minutes |

9
JOINT WITNESS LIST

| | | | |
|---|---|---|---|
| Grand Avenue, Los Angeles, CA 90071; (213) 687-5000 | necessary, regarding CAC's business, pro-competitive conduct , and competitive advantages. Mr. Jones will also testify about the marketplace, lenders who compete with CAC, and their relative successes and failures. | | |
| Keith McCluskey* (Plaintiff or Defendant witness via video deposition) c/o Thompson Hine LLP 312 Walnut Street, 14th Floor Cincinnati, Ohio 45202 (513) 352-6700 | Keith McCluskey is the CEO and owner of McCluskey Chevrolet, and the former President and Chief Marketing Officer of Credit Acceptance. Mr. McCluskey will testify regarding his experience in the used car auto finance industry, as well as how the competitive dynamics within that industry affect his dealerships. Mr. McCluskey will also testify about CAC's purported market power, if necessary, to rehabilitate testimony from Westlake witnesses or impeach testimony from CAC witnesses. | May Call | Direct = 10 minutes  Cross = 20 minutes |
| Art Smith* (Defendant witness) c/o Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Los Angeles, CA 90071; | Art Smith is CAC's Chief Analytics Officer. He has been employed by CAC since 1997 and has held his current position since 2013. Mr. Smith may be called, if necessary, to testify about aspects of CAC's business, including pricing and risk, and CAC's competitive advantages in an effort to rehabilitate the testimony from CAC's witnesses or impeach testimony from Westlake's witnesses. | May Call | Direct = 20 minutes  Cross = 30 minutes  Re-Direct = 5 minutes  Re-Cross = 5 minutes |

| | | | |
|---|---|---|---|
| (213) 687-5000 | | | |
| Jeffrey Canfield* (Plaintiff witness via video deposition) 5050 N. Sheridan Road, #805, Chicago, IL 60640 | Jeffrey Canfield was CAC's outside counsel when it prepared and filed the '807 Patent application in 2000. Westlake may introduce recorded testimony from Mr. Canfield's deposition concerning CAC's '807 Patent application if necessary to rehabilitate testimony from Westlake witnesses or impeach testimony from CAC witnesses. | May Call | Direct = 5 minutes Cross = 5 minutes |
| Peter Zura* (Plaintiff witness via video deposition) c/o Loza & Loza LLP, 22 W. Washington St. #1500, Chicago, IL 60602 | Following Jeffrey Canfield, Peter Zura was CAC's outside counsel who helped prosecute the '807 Patent application. Mr. Zura will testify about CAC's '807 Patent application, if necessary to rehabilitate testimony from Westlake witnesses or impeach testimony from CAC witnesses. | May Call | Direct = 5 minutes Cross = 5 minutes |

DATED: 10/30/17

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Jason D. Russel_____
Jason D. Russell
Attorneys for Defendant
CREDIT ACCEPTANCE CORPORATION

11
JOINT WITNESS LIST

DATED: 10/30/17

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By: _____/s/ Timothy B. Yoo_____
Timothy B. Yoo
Attorneys for Plaintiff
WESTLAKE SERVICES, LLC d/b/a
WESTLAKE FINANCIAL SERVICES

## ATTESTATION

I, Jason D. Russell, attest that the signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/       *Jason D. Russell*
Jason D. Russell