JASON D. RUSSELL (CA SBN 169219)
DOUGLAS A. SMITH (CA SBN 290598)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
Email: jason.russell@skadden.com
douglas.smith@skadden.com

JONATHAN L. FRANK *admitted *pro hac vice*
JAMES A. KEYTE *admitted *pro hac vice*
PATRICK G. RIDEOUT *admitted *pro hac vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Email: jonathan.frank@skadden.com
james.keyte@skadden.com
patrick.rideout@skadden.com

Attorneys for Defendant
CREDIT ACCEPTANCE CORPORATION

*Additional counsel listed on following page*:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>Defendant. | CASE No.: 2:15-cv-07490 SJO (MRWx)<br><br>**JOINT EXHIBIT LIST**<br><br>Hon. S. James Otero<br><br>Pretrial Conference: Nov. 20, 2017<br>Trial Date: Dec. 5, 2017 |

EKWAN E. RHOW (CA SBN 174604)
TIMOTHY B. YOO (CA SBN 254332)
RAY S. SEILIE (CA SBN 277747)
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
Emails: erhow@birdmarella.com
tyoo@birdmarella.com
rseilie@birdmarella.com

Attorneys for Plaintiff
WESTLAKE SERVICES, LLC d/b/a
WESTLAKE FINANCIAL SERVICES

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(iii), Local Rule 16-6.1, and paragraph 1.B.4 of the "Order re Jury/court Trial for Civil Cases Assigned to Judge James S. Otero" ("Order"), Plaintiff Westlake Financial Services ("Westlake") and Defendant Credit Acceptance Corporation ("CAC," and with Westlake, the "Parties") submit the accompanying list of potential trial exhibits. Per Local Rule 16-6.1 and this Court's Order, Credit Acceptance has identified with asterisks those exhibits it "expects to offer for impeachment purposes and those which [it] may offer if the need arises."

The Parties reserve their right to amend and supplement this list of exhibits for any reason, including but not limited to ongoing investigation; ongoing discovery; review of discovery or other materials not yet reviewed or available for review, receipt, and review of exhibit lists and objections from the other Party; rulings from the Court; proceedings at trial, or otherwise. In addition to the listed documents, the Parties reserve the right to use any of the documents identified on each other's schedule of trial exhibits. The Parties specifically reserve the right to use exhibits identified as for impeachment or as for "if the need arises" for all other purposes including, but not limited to, their respective cases.

The list identifies the exhibits for which the Parties have thus far stipulated to authenticity. The Parties anticipate that they reach agreement on the authenticity and admissibility on certain other exhibits before trial and will inform the Court accordingly.

DATED: 10/30/17

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
By: _____/s/ Douglas A. Smith_____
Douglas A. Smith
Attorneys for Defendant
CREDIT ACCEPTANCE CORPORATION

DATED: 10/30/17

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
By: _____/s/ Timothy B. Yoo_____
Timothy B. Yoo
Attorneys for Plaintiff
WESTLAKE SERVICES, LLC d/b/a
WESTLAKE FINANCIAL SERVICES

# **ATTESTATION**

1  I, Douglas A. Smith, attest that the signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/        *Douglas A. Smith*
         Douglas A. Smith

| Exhibit No. | Description | Identifier | Stip. to Authenticity | Stip. to Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| JX-0001 | Assignment of '807 Patent rights from Brock to CAC. | Brock Dep. Ex. 031; CAC_00002997 to CAC_00002999 | Yes | | | |
| JX-0002 | Utility Patent Application Transmittal, U.S. Patent Application No. 107889-041 ('807 Patent Application) | Brock Dep. Ex. 029; CAC_00003000 to CAC_00003049 | Yes | | | |
| JX-0003 | The Credit Report, Fall 2000 | Brock Dep. Ex. 021; CAC_00003689 to CAC_00003700 | Yes | | | |
| JX-0004 | Email re pilot program (1/12/00) | Brock Dep. Ex. 009; CAC_00007463 to CAC_00007463 | Yes | | | |
| JX-0005 | Draft September 2000 Top Ten List | CAC_00008283 to CAC_00008284 | Yes | | | |
| JX-0006 | Brett Roberts Draft Remarks | Hricik Dep. Ex. 005; CAC_00008303 to CAC_00008305 | Yes | | | |
| JX-0007 | Calendar Invitation re: Credit Application Processing System (CAPS) Kickoff Meeting (1/12/2000) | Ulatowski Dep. Ex. 051; CAC_00008317 to CAC_00008317 | Yes | | | |
| JX-0008 | Black Book Sub-License Agreement with Detroit II Automobiles (6/21/2000) | Brock Dep. Ex. 016; CAC_00031059 to CAC_00031060 | Yes | | | |
| JX-0009 | Black Book Sub-License Agreement with Shaver Preferred (6/19/2000) | Brock Dep. Ex. 015; CAC_00031112 to CAC_00031113 | Yes | | | |
| JX-0010 | Oracle CAPS Quality Plan | Brock Dep. Ex. 010; CAC_00135312 to CAC_00135363 | Yes | | | |
| JX-0011 | Email re OFFICE OF THE PRESIDENT MEETING (6/16/2000) | Ulatowski Dep. Ex. 058; CAC_00197182 to CAC_00197186 | Yes | | | |
| JX-0012 | Email re August 2000 Top Ten List (8/11/2000) | Ulatowski Dep. Ex. 059<br>Pearce Dep. Ex. 101; CAC_00197194 to CAC_00197198 | Yes | | | |
| JX-0013 | Meeting Invite re Dealer Center vs. CAPS 2.0 (1/9/2013) | Ulatowski Dep. Ex. 068 ; CAC_00198872 to CAC_00198872 | Yes | | | |
| JX-0014 | Invitation to CAPS Celebration (8/2/2000) | Ulatowski Dep. Ex. 055; CAC_00199166 to CAC_00199167 | Yes | | | |
| JX-0015 | Email re DT and Westlake (8/25/2013) | Ulatowski Dep. Ex. 071; CAC_00206354 to CAC_00206354 | Yes | | | |
| JX-0016 | Email re reasons why dealers left CAC program. (11/4/2013) | Ulatowski Dep. Ex. 069; CAC_00206825 to CAC_00206827 | Yes | | | |
| JX-0017 | Pools Are For Swimming Ad | Anderson Dep. Ex. 018; CAC_00207393 to CAC_00207394 | Yes | | | |
| JX-0018 | Assignment of '807 Patent from Brock to CAC (5/14/2002) | Pearce Dep. Ex. 111; CAC_00207458 to CAC_00207464 | Yes | | | |
| JX-0019 | Original Complaint for Westlake Services LLC v. Credit Acceptance Corp., 15-cv-07490-SJO-MRW [ECF No. 1] | House Dep. Ex. 028 | Yes | | | |
| JX-0020 | CAC 2005 Form 10-K | Dick_00001138 to Dick_00001235 | Yes | | | |
| JX-0021 | CAC 2007 Form 10-K | N/A | | | | |
| JX-0022 | Moody CAC Dealer Analysis (June 2011) | Dick Dep. Ex. 159; CAC_00196325 to CAC_00196329 | Yes | | | |
| JX-0023 | CAC 2001 Annual Report | N/A | | | | |
| JX-0024 | CAPS Trademark Application | Pearce Dep. Ex. 110 | Yes | | | |
| JX-0025 | CAC 2000 Form 10-K | Busk Dep. Ex. 042 | Yes | | | |
| JX-0026 | Email re phone transcript with attachment "8.30.13 Joe call.docx" (9/4/2013) | CAC_00197042 to CAC_00197052 | Yes | | | |
| JX-0027 | United States Patent 6,950,807 | Brock Dep. Ex. 001 | Yes | | | |
| JX-0028 | U.S. Patent Application No. 107889-041 ('807 Patent Application) | Canfield Dep. Ex. 120 | Yes | | | |
| JX-0029 | CAC Amended and Restated Privilege Log | McCluskey Dep. Ex. 119 | Yes | | | |
| JX-0030 | Email re Sweet Jesus (2/13/2002) | Hankey Dep. Ex. 045; NOWCOM0000198 to NOWCOM0000198 | Yes | | | |
| JX-0031 | Email re CACC v Profit Builder.xls (11/16/2008) | WESTLAKE0017244 to WESTLAKE0017246 | Yes | | | |
| JX-0032 | Email re CACC 2008 shareholder letter (4/15/2009) | Anderson Dep. Ex. 008; WESTLAKE0019036 to WESTLAKE0019042 | Yes | | | |
| JX-0033 | Email re Profit Builder Question (6/29/2015) | Leventhal Dep. Ex. 051; WESTLAKE0024822 to WESTLAKE0024823 | Yes | | | |
| JX-0034 | Email re Westlake w/ Attachments (10/7/2010) | Anderson Dep. Ex. 021; WESTLAKE0036177 to WESTLAKE0036180 | Yes | | | |
| JX-0035 | Email re Speedstar Motors #1032636 (2/16/2011) | Anderson Dep. Ex. 017; WESTLAKE0036957 to WESTLAKE0036958 | Yes | | | |
| JX-0036 | Email re CAC Profit Builder Partner program comparison (3/29/10) | House Dep. Ex. 031; WESTLAKE0038314 to WESTLAKE0038315 | Yes | | | |
| JX-0037 | Email re One of the top CAC dealers in Cincinnati (10/21/11) | Anderson Dep. Ex. 009; WESTLAKE0039040 to WESTLAKE0039042 | Yes | | | |
| JX-0038 | Email re CAC Vs Westlake, straight up, for CAR FOR YOU, LLC (Producing Dealer) (8/26/11) | Anderson Dep. Ex. 023; WESTLAKE0039387 to WESTLAKE0039394 | Yes | | | |
| JX-0039 | Email re Urgent help!! (4/28/2011) | Anderson Dep. Ex. 003; WESTLAKE0039486 to WESTLAKE0039487 | Yes | | | |
| JX-0040 | Email re GO Financial (4/26/2013) | Vazquez Dep. Ex. 090; WESTLAKE0045474 to WESTLAKE0045475 | Yes | | | |
| JX-0041 | Email re Nov 2014 Promotions (11/4/2014) | Eyraud Dep. Ex. 073; WESTLAKE0047668 to WESTLAKE0047672 | Yes | | | |
| JX-0042 | Email re Profit Builder Pilot (8/13/2014) | WESTLAKE0054741 to WESTLAKE0054746 | Yes | | | |
| JX-0043 | Raymond James Industry Report | Busk Dep. Ex. 046; CAC_00196881 to CAC_00196881 | Yes | | | |
| JX-0044 | Email re Project Piston - Potential Investor Questions (12/9/2013) | Busk Dep. Ex. 047; CAC_00204490 to CAC_00204491 | Yes | | | |
| JX-0045 | Email re CAC Growth (6/23/2010) | Anderson Dep. Ex. 022 | Yes | | | |
| JX-0046 | CAPS Issues Spreadsheet | Stoll Dep. Ex. 012; CAC_00202138 to CAC_00202138 | Yes | | | |
| JX-0047 | Credit Acceptance Corporation's CAPS/Dealertrack - Frequently Asked Questions (FAQs) | CAC_00204097 to CAC_00204101 | Yes | | | |
| JX-0048 | U.S. Department of Justice and the Federal Trade Commission Horizontal Merger Guidelines issued Aug. 19, 2010 | House Dep. Ex. 33 | Yes | | | |
| JX-0049 | June 29, 2017 Supplemented Expert Report of Donald R. House, Sr. | House Dep. Ex. 027 | Yes | | | |
| JX-0050 | June 23, 2017 Reply Expert Report of Donald R. House, Sr. | House Dep. Ex. 035 | Yes | | | |
| JX-0051 | Supplemented Initial Expert Report of Robert Stoll | Stoll Dep. Ex. 002 | Yes | | | |

| Exhibit No. | Description | Identifier | Stip. to Authenticity | Stip. to Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| JX-0052 | Reply Expert Report of Robert Stoll | Stoll Dep. Ex. 003 | Yes | | | |
| JX-0053 | Oct. 14, 2010 Email from Bret Hankey to Ian Anderson re: Partner program | WESTLAKE0037337 to WESTLAKE0037339 | Yes | | | |
| JX-0054 | California Market Visit Summary | CAC_00202306 to CAC_00202306 | Yes | | | |
| JX-0055 | Florida Summary | CAC_00202312 to CAC_00202312 | Yes | | | |
| JX-0056 | GA - Macon Market Visit Summary | CAC_00202313 to CAC_00202313 | Yes | | | |
| JX-0057 | KS Market Visit Summary | CAC_00202316 to CAC_00202316 | Yes | | | |
| JX-0058 | New England Market Visit Summary July 2016 | CAC_00202323 to CAC_00202323 | Yes | | | |
| JX-0059 | New England Market Visit Summary | CAC_00202324 to CAC_00202324 | Yes | | | |
| PX-0001 | Chart of dealers who used CAPS in 2000 | Ulatowski Dep. Ex. 060; CAC_00002741 to CAC_00002741 | Yes | | | |
| PX-0002 | Declaration and Power of Attorney for Patent Application, Application No. 10/037,055 | Brock Dep. Ex. 030; CAC_00002993 to CAC_00002995 | Yes | | | |
| PX-0003 | Credit Acceptance Corporation Newsletter The Credit Report. Aug 2000 | Brock Dep. Ex. 028; CAC_00003683 to CAC_00003688 | Yes | | | |
| PX-0004 | Credit Acceptance Corporation Employee Newsletter Employee Info Source. Nov. 2000 | Brock Dep. Ex. 019; CAC_00003701 to CAC_00003706 | Yes | | | |
| PX-0005 | Meeting notice re: Meeting for the CAPS Kickoff in the IT Conference Room; Start Time of Jan. 12, 2000; 2:00 pm; End Time of Jan. 12, 2000; 2:30 pm | Brock Dep. Ex. 008; CAC_00006768 to CAC_00006768 | Yes | | | |
| PX-0006 | Jan. 24, 2000 Email from Jeff Brock to Dave Simmet re: CAPS | Ulatowski Dep. Ex. 053; CAC_00007471 to CAC_00007471 | Yes | | | |
| PX-0007 | Feb. 4, 2000 Project Memo from Jeff Brock to Tom Burke re: Status Report - Week ending Friday, February 4, 2000 | Brock Dep. Ex. 011; CAC_00007506 to CAC_00007506 | Yes | | | |
| PX-0008 | Feb. 9, 2000 Email from Brett Roberts to Jeff Brock re: Web Lending Conference | Brock Dep. Ex. 012; CAC_00008352 to CAC_00008352 | Yes | | | |
| PX-0009 | Chart of Dealer information | McCluskey Dep. Ex. 120; CAC_00027459 to CAC_00027459 | Yes | | | |
| PX-0010 | Flier re: The Benefits of using Credit Acceptance's CAPS (Credit Application Processing System) | McCluskey Dep. Ex. 124; CAC_00029388 to CAC_00029389 | Yes | | | |
| PX-0011 | June 1, 2000 Email from Office of the President to Donald Foss, et al. re: Top Ten List with attachment | Ulatowski Dep. Ex. 057; CAC_00197787 to CAC_00197790 | Yes | | | |
| PX-0012 | Credit Acceptance Corporation's announcement re: Credit Acceptance Submits Patent Application for Online Filing System | CAC_00212336 to CAC_00212337 | Yes | | | |
| PX-0013 | Credit Acceptance Corporation's Third Quarter Earnings Call Transcript, dated Nov. 1, 2016 | N/A | Yes | | | |
| PX-0014 | Pieter A. VanderWerf and John F. Mahon, "Meta-Analysis of the Impact of Research Methods on Findings of First-Mover Advantage." | House Dep. Ex. 38 | Yes | | | |
| PX-0015 | Declaration and Power of Attorney for Patent Application, Application No. 10/037,055 stamped by USPTO Feb. 26, 2002 | Canfield Dep. Ex. 122 | Yes | | | |
| PX-0016 | Meeting notice re: "Should have a CAPS model to begin testing tomorrow" | CAC_00006771 to CAC_00006771 | Yes | | | |
| PX-0017 | Feb. 24, 2000 Email from Tom Burke to Dave Simmet, et al. re: Prototype # 2 available | CAC_00006825 to CAC_00006825 | Yes | | | |
| PX-0018 | Jan. 31, 2000 Email from Jeff Brock to Doug Busk re: Dan Namoli Audit | CAC_00007495 to CAC_00007495 | Yes | | | |
| PX-0019 | April 4, 2000 Email from Jeff Brock to Dan Ulatowski re: Meeting | CAC_00007828 to CAC_00007828 | Yes | | | |
| PX-0020 | March 30, 2000 Email from Jeff Gruden to Doug Busk re: Status | CAC_00007834 to CAC_00007834 | Yes | | | |
| PX-0021 | May 12, 2000 Email from Gloria Audia to Executive Committee re: Board of Directors Presentation with attachment | CAC_00007836 to CAC_00007900 | Yes | | | |
| PX-0022 | Credit Acceptance Corporation's Transcript/Notes from 4th Annual Dealer Partner meeting | CAC_00008248 to CAC_00008253 | Yes | | | |
| PX-0023 | Aug. 17, 2000 Credit Acceptance Corporation notice to Dealer Partners re: CAC's Dealership Service Center | CAC_00135367 to CAC_00135368 | Yes | | | |
| PX-0024 | April 30, 2000 Email from Doug Busk to Christine Harmon re: Business spec examples | CAC_00197174 to CAC_00197174 | Yes | | | |
| PX-0025 | Credit Acceptance Corporation's Agenda of the Executive Management Committee meeting dated Aug. 10, 2000 | CAC_00197188 to CAC_00197189 | Yes | | | |
| PX-0026 | Credit Acceptance Corporation's Top Ten List - Aug. 2000 | CAC_00197190 to CAC_00197193 | Yes | | | |
| PX-0027 | Credit Acceptance Corporation print advertisements in Automotive News from 2000-2007 | CAC_00203745 to CAC_00203770 | Yes | | | |
| PX-0028 | Credit Acceptance Corporation's materials for Dec. 2013 Non-Deal Roadshow | CAC_00204503 to CAC_00204538 | Yes | | | |
| PX-0029 | March 30, 2000 Email from Charles A. Pearce to Lisa A. Ventline re: Credit Acceptance Corporation's Minutes of the Regular Meeting of the Board of Directors held Feb. 2, 2000 with attachment | CAC_00207108 to CAC_00207117 | Yes | | | |
| PX-0030 | Jan. 3, 2002 Letter from Jeffrey H. Canfield to Charles A. Pearce re: Brock application for patent entitled "SYSTEM AND METHOD FOR PROVIDING FINANCING" filed Dec. 31, 2001 with enclosures | CAC_00207395 to CAC_00207404 | Yes | | | |
| PX-0031 | May 12, 2002 Letter from Sandy M. Pollock to Jeffrey H. Canfield re: Brock Application "System and Method for Providing Financing" with enclosure | CAC_00207455 to CAC_00207456 | Yes | | | |
| PX-0032 | July 31, 2000 Email from Lisa A. Ventline to Charles A. Pearce re: The minutes with attachments | CAC_00207532 to CAC_00207548 | Yes | | | |
| PX-0033 | June 20, 2000 Email from Charles A. Pearce to Lisa A. Ventline re: documents on reversing the sales process and registration with attachments | CAC_00207558 to CAC_00207687 | Yes | | | |
| PX-0034 | Nov. 8, 2013 Settlement and Patent License Agreement between Credit Acceptance Corporation and Drivetime Automotive Group, Inc., DT Acceptance Corporation, and GFC Lending, LLC | CAC_00212114 to CAC_00212131 | Yes | | | |
| PX-0035 | May 12, 2000 Email from Brett Roberts to Karan Beaty re: Minutes with attachment | CAC_00199175 to CAC_00199177 | Yes | | | |
| PX-0036 | IMS Expert Services invoices to Westlake regarding Dr. House's work on the matter | HOUSE0000001 to HOUSE0000013 | Yes | | | |
| PX-0037 | Excel spreadsheet reports titled BP Tester 2015 Q1 | HOUSE0000014 to HOUSE0000014 | Yes | | | |

| Exhibit No. | Description | Identifier | Stip. to Authenticity | Stip. to Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| PX-0038 | Excel spreadsheet reports titled BP Tester 2015 Q2 | HOUSE0000015 to HOUSE0000015 | Yes | | | |
| PX-0039 | Excel spreadsheet reports titled BP Tester 2015 Q3 | HOUSE0000016 to HOUSE0000016 | Yes | | | |
| PX-0040 | Excel spreadsheet reports titled BP Tester 2015 Q4 | HOUSE0000017 to HOUSE0000017 | Yes | | | |
| PX-0041 | Tradesight Usedcar data (tar file dated 022017 | HOUSE0000018 | Yes | | | |
| PX-0042 | Excel spreadsheet file titled "Dick_Exh7A_fn.xlsx" | HOUSE0000020 to HOUSE0000020 | Yes | | | |
| PX-0043 | Equifax data log text file titled "dick_newlndr_dlrname.log" | HOUSE0000021 to HOUSE0000021 | Yes | | | |
| PX-0044 | Equifax data log text file titled "dick_newlndr_dlrname2015.log" | HOUSE0000022 to HOUSE0000022 | Yes | | | |
| PX-0045 | Equifax data log excel file titled "dick_newlndr_dlrname_fn.xlsx" | HOUSE0000023 to HOUSE0000023 | Yes | | | |
| PX-0046 | Equifax data log text file titled "dick_newlndr_dlrname_rev.log" | HOUSE0000024 to HOUSE0000024 | Yes | | | |
| PX-0047 | Equifax data log text file titled "dick_newlndr_dlrname_rev2015.log" | HOUSE0000025 to HOUSE0000025 | Yes | | | |
| PX-0048 | Equifax data log text file titled "dick_newlndr_dlrname_tot.log" | HOUSE0000026 to HOUSE0000026 | Yes | | | |
| PX-0049 | Equifax data log text file titled "FICO_exam_1.log" | HOUSE0000027 to HOUSE0000027 | Yes | | | |
| PX-0050 | Equifax data log text file titled "probit_Dick_3_final.log" | HOUSE0000028 to HOUSE0000028 | Yes | | | |
| PX-0051 | USPTO Maintenance Fee Statement for U. S. Patent No. 6,950,807 | N/A | Yes | | | |
| PX-0052 | Defendant Credit Acceptance Corporation's Responses and Objections to Plaintiff Westlake Services, LLC's First Set of Requests for Admission served July 25, 2016 | N/A | Yes | | | |
| PX-0053 | Defendant Credit Acceptance Corporation's Responses and Objections to Plaintiff Westlake Services, LLC's First Set of Interrogatories served July 25, 2016 | N/A | Yes | | | |
| PX-0054 | Feb. 20, 2001 submission to the USPTO In Re Application of "VEHICLE LEASING AND CUSTOMER CREDIT REHABILITATION SYSTEM AND METHOD" by Michael J. Nieberding with enclosures | Pearce Dep. Ex. 103 | Yes | | | |
| PX-0055 | Jan. 25, 2005 USPTO Interview Summary re: Application No. 10/037,055 | Zura Dep. Ex. 005 | Yes | | | |
| PX-0056 | Glen L. Urban, Theresa Carter, Steven Gaskin, and Zofia Mucha: "Market Share Rewards to Pioneering Brands: An Empirical Analysis and Strategic Implications." | House Dep. Ex. 037 | Yes | | | |
| PX-0057 | May 5, 2000 Email from Doug Busk to Elizabeth Kurilecz re: Bankers Meeting 050200 with attachment | Busk Dep. Ex. 038 | Yes | | | |
| PX-0058 | Busk Q&A Document | Busk Dep. Ex. 044 | Yes | | | |
| PX-0059 | Oct. 1, 2004 USPTO Non-final Office Action re: Application No. 10/037,055 with attachment | Zura Dep. Ex. 003 | Yes | | | |
| PX-0060 | Dec. 23, 2004 Amendment and Transmittal Letter from Peter Zura to USPTO in reply to Office Action of Oct. 1, 2004 | Zura Dep. Ex. 004 | Yes | | | |
| PX-0061 | March 31, 2005 USPTO Notice of Allowance and Fee(s) Due re: Application No. 10/037,055 | Zura Dep. Ex. 006 | Yes | | | |
| PX-0062 | Where the Bodies Are: Current Exemplars of Inequitable Conduct and How to Avoid Them, 12 Tex. Intell. Prop. L.J. 287 (Winter 2004) | Hricik Dep. Ex. 006 | Yes | | | |
| PX-0063 | Donna Harris. "Westlake flourishes through credit drought." Automotive News 24 March. 2010, http://www.autonews.com/article/20 I 003 24/ZZZ SPECIAL/303 249969?template=print. Accessed 4 February 2017. | Andeson Dep. Ex. 013 | Yes | | | |
| PX-0064 | Defendant Credit Acceptance Corporation's Verified Supplemental Interrogatory Responses to Westlake's First Set of Interrogatories served Dec. 21, 2016 | Brock Dep. Ex. 003 | Yes | | | |
| PX-0065 | Defendant Credit Acceptance Corporation's Verified Responses and Objections to Plaintiff Westlake Services LLC's Second Set of Interrogatories served Dec. 14, 2016 | Brock Dep. Ex. 004 | Yes | | | |
| PX-0066 | Credit Acceptance Corporation's 2000 Annual Report | N/A | Yes | | | |
| PX-0067 | Active CAPS Dealers | Brock Dep. Ex. 027 | Yes | | | |
| PX-0068 | USPTO, Manual of Patent Examining Procedure | Stoll Dep. Ex. 4 or Stoll Dep. Ex. 5 [confirm] | Yes | | | |
| PX-0069 | Nov. 1, 2015 Email from Don Hankey to Eiichiro Ito, et al. re: Janny quote on evaluation of CACC 3rd qtr earnings | WESTLAKE0018051 to WESTLAKE0018055 | Yes | | | |
| PX-0070 | Sept. 26, 2013 Email from Joseph Main to Ian Anderson, et al. re: the NEW Profit Builder is finally OUT! | WESTLAKE0041856 to WESTLAKE0041859 | Yes | | | |
| PX-0071 | Nov. 19, 2014 report entitled, "Fair Lending: Implications for the Indirect Auto Finance Market" prepared by Arthur P. Baines and Dr. Marsha J. Courchane for American Financial Services Association | Courchane Dep. Ex. 148 | Yes | | | |
| PX-0072 | Deposition Transcript of Keith McCluskey taken June 13, 2017 | N/A | Yes | | | |
| PX-0073 | Deposition Transcript of Charles A. Pearce taken March 22, 2017 | N/A | Yes | | | |
| PX-0074 | Deposition Transcript of Daniel A. Ulatowski taken Feb. 15, 2017 | N/A | Yes | | | |
| PX-0075 | Deposition Transcript of David Ball taken July 18, 2017 | N/A | Yes | | | |
| PX-0076 | Deposition Transcript of David Hricik taken July 7, 2017 | N/A | Yes | | | |
| PX-0077 | Deposition Transcript of Douglas Wesley Busk taken Jan. 19, 2017 | N/A | Yes | | | |
| PX-0078 | May 5, 2017 Responsive Expert Report of David Hricik | Hricik Dep. Ex. 003 | Yes | | | |
| PX-0079 | June 30, 2017 Reply Expert Report of David Hricik | Hricik Dep. Ex. 004 | Yes | | | |
| PX-0080 | Deposition Transcript of Jeffrey Canfield taken March 30, 2017 | N/A | Yes | | | |
| PX-0081 | Deposition Transcript of Marsha J. Courchane, Ph.D. taken July 13, 2017 | N/A | Yes | | | |
| PX-0082 | Spreadsheet comparing Westlake and CAC | CAC_00202300 | Yes | | | |

| Exhibit No. | Description | Identifier | Stip. to Authenticity | Stip. to Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| PX-0083 | Feedback Spreadsheet | CAC_00202302 | Yes | | | |
| PX-0084 | Market Visit Spreadsheet | CAC_00202305 | Yes | | | |
| PX-0085 | Building a Successful Portfolio | CAC_00145857 to CAC_145872 | Yes | | | |
| PX-0086 | CAC Market Analysis Spreadsheet | CAC_00202308 | Yes | | | |
| PX-0087 | CAC North America/Autonet Strategic Plan - 2001 | CAC_00008254 to CAC_00008259 | Yes | | | |
| PX-0088 | CAC North America/AutoNet Strategic Plan - 2001 | CAC_00008285 to CAC_00008299 | Yes | | | |
| PX-0089 | NADA 2007 Recap | Ulatowski Dep. Ex. 067; CAC_00203362 to CAC_00203549 | Yes | | | |
| PX-0090 | A Special Presentation for: St Clair County Market - December 19th, 2003 | CAC_00064024 to CAC_00064063 | Yes | | | |
| PX-0091 | NABD Convention - May 27, 2004 | Ulatowski Dep. Ex. 064; CAC_00063222 to CAC_00063258 | Yes | | | |
| PX-0092 | CAC 1999 Form 10-K | N/A | | | | |
| PX-0093 | CAC Top Ten List - Update since February 29, 2000 | CAC_00008278 to CAC_00008280 | Yes | | | |
| PX-0094 | Credit Acceptance's log of privileged documents in response to Westlake's First Set of Requests for Documents (Jan. 6, 2016) | N/A | Yes | | | |
| DX-0001 | Westlake's Responses & Objections to CAC's Third Set of Interrogatories | N/A | Yes | | | |
| DX-0002 | U.S. Patent Application No. 11/627,846 | N/A | Yes | | | |
| DX-0003* | USPTO Information Disclosure Statement | N/A | Yes | | | |
| DX-0004 | U.S. Patent Application No. US-2003-0041019A1 | N/A | | | | |
| DX-0005 | Questions to Sharon (10/30/2000) | Stoll Dep. Ex. 013; CAC_00202139 to CAC_00202139 | Yes | | | |
| DX-0006 | Maritime Motors Dealer Service Agreement | Stoll Dep. Ex. 017; CAC_00031249 to CAC_00031256 | Yes | | | |
| DX-0007 | Paradise Motors Dealer Service Agreement | Stoll Dep. Ex. 018; CAC_00031290 to CAC_00031298 | Yes | | | |
| DX-0008 | Shaver Preferred Dealer Service Agreement | Stoll Dep. Ex. 019; CAC_00031299 to CAC_00031305 | Yes | | | |
| DX-0009 | Loehmann Blasius Chevrolet Dealer Service Agreement | Stoll Dep. Ex. 020; CAC_00031257 to CAC_00031266 | Yes | | | |
| DX-0010 | Safeway Auto Sales Dealer Servicing Agreement | CAC_00031356 to CAC_00031364 | Yes | | | |
| DX-0011 | CAC 2001 Form 10-K | CAC 2001 Form 10-K | Yes | | | |
| DX-0012 | CAC 2002 Form 10-K | CAC 2002 Form 10-K | Yes | | | |
| DX-0013 | Oracle Software License and Services Agreement | CAC_00030682 to CAC_00030686 | Yes | | | |
| DX-0014* | CAPS Start Date Spreadsheet | CAC_00204201 to CAC_00204201 | Yes | | | |
| DX-0015 | BB Fee Schedule | CAC_00196567 to CAC_00196567 | Yes | | | |
| DX-0016* | March CAPS Fees | CAC_00030981 to CAC_00030984 | Yes | | | |
| DX-0017 | 2002 Form 10-Q for period ending March 31, 2002 | CAC_00190575 to CAC_00190709 | Yes | | | |
| DX-0018* | CAPS Report Spreadsheet as of 7/1/2001 | CAC_00027815 to CAC_00027841 | Yes | | | |
| DX-0019 | CAC 2002 Annual Report | N/A | Yes | | | |
| DX-0020 | Draft September 2000 Top Ten List | CAC_00008281 to CAC_00008282 | Yes | | | |
| DX-0021 | Email re Caps url.doc (1/10/2001) | CAC_00201175 to CAC_00201175 | Yes | | | |
| DX-0022 | Email re Access through your laptop (1/12/2001) | CAC_00029104 to CAC_00029104 | Yes | | | |
| DX-0023* | Quarterly Newsletter 3d Quarter 2001 | CAC_00003707 to CAC_00003718 | Yes | | | |
| DX-0024 | Roberts's September 2000 Draft Remarks | CAC_00008306 to CAC_00008308 | Yes | | | |
| DX-0025 | CAC 2000 Shareholder Letter | Brock Dep. Ex. 020 | Yes | | | |
| DX-0026 | Email re CAPS Meeting (2/10/2000) | Knoblauch Dep. Ex. 139; CAC_00007531 to CAC_00007531 | Yes | | | |
| DX-0027 | Email re Top ten list for 2001.xls (1/22/2001) | CAC_00197199 to CAC_00197200 | Yes | | | |
| DX-0028 | Email re CAPS ROLLOUT (1/23/2001) | CAC_00029113 to CAC_00029113 | Yes | | | |
| DX-0029 | Email re MYCAConline.com ----Demo login (1/26/2001) | CAC_00029116 to CAC_00029116 | Yes | | | |
| DX-0030 | Spring 2001 Credit Report | CAC_00003738 to CAC_00003743 | Yes | | | |
| DX-0031 | CAPS as of 11/30/00 | Brock Dep. Ex. 024; CAC_00201179 to CAC_00201179 | Yes | | | |
| DX-0032 | DriveTime opts to wind down GO Financial, SubPrime Auto Finance News (May 12, 2016 5:01 AM, updated 10:00 AM) | N/A | Yes | | | |
| DX-0033 | Complaint for Infringement of U.S. Patent No. 6,950,807 in Credit Acceptance Corp. v. Westlake Services, LLC, Case No.13-cv-01523-SJO-MRW [ECF No. 1] | Pearce Dep. Ex. 104; CAC_00002676 to CAC_00002705 | Yes | | | |
| DX-0034 | Complaint for Infringement of U.S. Patent No. 6,950,807 in Credit Acceptance Corp. v. Drivetime Automotive Group, Inc., Case No.13-cv-01531-SJO-MRW [ECF No. 1] | Pearce Dep. Ex. 105; CAC_00002616 to CAC_00002643 | Yes | | | |
| DX-0035 | CAC's Disclosure of Asserted Claims and Infringement Contentions against Defendants and Accompanying Document Production, Case No. 13-CV-01523-SJO-MRW [ECF No. 112-9] | N/A | Yes | | | |
| DX-0036 | CAC's Motion to Voluntarily Dismiss with Prejudice, Case No. 13-cv-01523-SJO-MRW [ECF No. 99] | N/A | Yes | | | |
| DX-0037 | Order Granting Plaintiff's Motion to Voluntarily Dismiss with Prejudice and Denying Defendants' Motion for Leave to File Second Amended Answer and Counterclaims, Case No. 13-cv-01523-SJO-MRW [ECF No. 109] | N/A | Yes | | | |

| Exhibit No. | Description | Identifier | Stip. to Authenticity | Stip. to Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| DX-0038 | Email re Market share report - Executive Summary March 2006 (5/3/2006) | Urban Dep. Ex. 036; WESTLAKE0017298 to WESTLAKE0017336 | Yes | | | |
| DX-0039 | Email re PB advance for #1 dealer in PA (5/8/2014) | WESTLAKE0054704 to WESTLAKE0054708 | Yes | | | |
| DX-0040 | Email re MN and NE (3/6/2013) | WESTLAKE0045958 to WESTLAKE0045959 | Yes | | | |
| DX-0041 | Email re Westlake Responses to RA dd list with "DBRS (with answers).docx" and "S&P (with answers).doc" attachments (4/27/2010) | WESTLAKE0041404 to WESTLAKE0041426 | Yes | | | |
| DX-0042 | Email re JUNE 2012 month end (7/3/2012) | WESTLAKE0044699 to WESTLAKE0044701 | Yes | | | |
| DX-0043 | Email re July 2012 (8/6/2012) | WESTLAKE0044702 to WESTLAKE0044708 | Yes | | | |
| DX-0044 | Email re month end recap SEPT-12 (10/3/2012) | WESTLAKE0045214 to WESTLAKE0045218 | Yes | | | |
| DX-0045 | Westlake Financial Services Investor Presentation (ASF - 2010) | WESTLAKE0008031 to WESTLAKE0008054 | Yes | | | |
| DX-0046 | Email re Questions under our investment approval process with "Westlake Further QA-Jun-1.xls" attachment (6/1/2010) | WESTLAKE0050252 to WESTLAKE0050253 | Yes | | | |
| DX-0047 | Email re UPDATE: Program Guidelines - November 2015 with "Westlake Guidelines 11.01.2015 v.1.pdf" attachment (11/5/2015) | WESTLAKE0024874 to WESTLAKE0024885 | Yes | | | |
| DX-0048* | Capital One Adds 84-Month Loans for Select Dealerships, AutoFinance News (Sept. 18, 2015) | N/A | | | | |
| DX-0049* | CRB Auto Finance web site screen shot, "Loyalty has its rewards" | N/A | | | | |
| DX-0050* | Ally Financial Inc. web site screen shot, "Ally Dealer Rewards" | N/A | | | | |
| DX-0051 | Message board comments by former WL dealer account manager Jordyn Jacobs (12/15/2011) | Anderson Dep. Ex. 015 | Yes | | | |
| DX-0052 | Westlake Press Release (6/28/2012), Westlake Renames and Simplifies Finance Programs | Anderson Dep. Ex. 007 | Yes | | | |
| DX-0053* | Email re Profitability Report by Vehicle Make for Standard and Profit-Builder (10/28/2014) | WESTLAKE0047230 to WESTLAKE0047230 | Yes | | | |
| DX-0054 | Email re Overall Discount Factor (11/25/2013) | Hankey Dep. Ex. 046; WESTLAKE0045742 to WESTLAKE0045749 | Yes | | | |
| DX-0055 | Email re Training Material with "Combined Rep Manual 01-2013.pdf" and "KELLEY_NADA_All_Guidelines 2.20.pdf" attachments (2/25/2013) | WESTLAKE0052397 to WESTLAKE0052514 | Yes | | | |
| DX-0056 | Westlake Financial web site screen shot, "Auto Finance" | N/A | | | | |
| DX-0057 | Westlake Financial web site screen shot, "Finance Programs" | N/A | | | | |
| DX-0058* | Email re Westlake Financial Services with "North East RateSheet.pdf" attachment (3/8/2011) | WESTLAKE0040574 to WESTLAKE0040585 | Yes | | | |
| DX-0059 | Email re Updated Westlake Rate Sheet and Program Guidelines… (7/2/2012) | Eyraud Dep. Ex. 066; WESTLAKE0063224 to WESTLAKE0063238 | Yes | | | |
| DX-0060* | Email re Westlake Financial Services with "Westlake Financial Franchise.pdf" attachment (1/28/2014) | WESTLAKE0057946 to WESTLAKE0057958 | Yes | | | |
| DX-0061 | Email re BH Auto Brokers LLC - DC Saved Westlake Deal: (Producing Dealer) Program: Standard A TR:, CR:20, BP:19, D:4, LMD:6, Capture Likelihood: Mid (4) with "Deal.pdf" attachment (9/26/2016) | Eyraud Dep. Ex. 068; WESTLAKE0024895 to WESTLAKE0024896 | Yes | | | |
| DX-0062 | Email re Bid & Win Motors Corp - DC Saved Westlake Deal: (Flooring Dealer) Program: Standard D TR:92.31%, CR:88, BP:67, D:3, LMD:5, Capture Likelihood: Low (3) with "Deal.pdf" attachment (9/17/2016) | Eyraud Dep. Ex. 069; WESTLAKE0024915 to WESTLAKE0024916 | Yes | | | |
| DX-0063 | Email re Hand Picked Auto - DC Saved Westlake Deal: (Producing Dealer) Program: Standard B TR:84.62%, CR:29, BP:25, D:7, LMD:9, Capture Likelihood: Low (2) with "Deal.pdf" attachment (7/9/2016) | Eyraud Dep. Ex. 070; WESTLAKE0024965 to WESTLAKE0024966 | Yes | | | |
| DX-0064 | Email re Kobold LLC - DC Saved Westlake Deal: (Producing Dealer) Program: Standard D TR:69.23%, CR:37, BP:10, D:0, LMD:1 with "Deal.pdf" attachment (9/30/2016) | Eyraud Dep. Ex. 071; WESTLAKE0024973 to WESTLAKE0024974 | Yes | | | |
| DX-0065 | Email re Five Star Auto Group Inc. - DC Saved Deal: (Producing Dealer) Profit Builder A TR:69 23%, CR:36, BP:32, D:10, LMD:13 (11/24/15) | Eyraud Dep. Ex. 072; WESTLAKE0024857 to WESTLAKE0024858 | Yes | | | |
| DX-0066 | Email re Happy Holidays and PTO (12/24/2013) | Vazquez Dep. Ex. 077; WESTLAKE0057212 to WESTLAKE0057380 | Yes | | | |
| DX-0067 | Westlake's First Amended Responses & Objections to CAC's First Set of Requests for Admission | N/A | Yes | | | |
| DX-0068 | Westlake's Responses & Objections to CAC's Second Set of Requests for Admission | N/A | Yes | | | |
| DX-0069 | CAC 2016 Form 10-K | Dick_00001685 to Dick_00001788 | Yes | | | |
| DX-0070 | Email re UPDATED Program Guidelines - September 2015 (8/27/2015) | WESTLAKE0061871 to WESTLAKE0061891 | Yes | | | |
| DX-0071 | Email re Dealer Appreciation Program - Hudson 501 Auto Sales --HUDS (3/26/2013) | Vazquez Dep. Ex. 078; WESTLAKE0045845 to WESTLAKE0045845 | Yes | | | |
| DX-0072 | Email re October's Dealer Training (9/29/2011) | Vazquez Dep. Ex. 076; WESTLAKE0037170 to WESTLAKE0037182 | Yes | | | |
| DX-0073 | Email re Mutual NDA (12/22/2011) | WESTLAKE0019722 to WESTLAKE0019736 | Yes | | | |
| DX-0074 | Westlake Press Release (12/19/2012), Westlake Partner Releases Major Update to DealerCenter Website | Anderson Dep. Ex. 005 | Yes | | | |
| DX-0075 | CAPS v1.1 Manual | Courchane Dep. Ex. 150; CAC_00029492 to CAC_00029524 | Yes | | | |
| DX-0076 | CAPS 2.0 Presentation | Courchane Dep. Ex. 151; CAC_00004189 to CAC_00004235 | Yes | | | |
| DX-0077 | Email re New Hire Sales Training - Rep Manual PDF (4/23/2015) | Hankey Dep. Ex. 044; WESTLAKE0064867 to WESTLAKE0065085 | Yes | | | |
| DX-0078 | Email re CSI Auto Sales - CSIA (10/28/2015) | Eyraud Dep. Ex. 074; WESTLAKE0018430 to WESTLAKE0018431 | Yes | | | |
| DX-0079 | Westlake Press Release (5/29/2012), Westlake Begins Originations in Massachusetts, Marks Milestone | Vazquez Dep. Ex. 075 | | | | |
| DX-0080 | Email re Primecar (PMCR) (11/14/2013) | WESTLAKE0048657 to WESTLAKE0048661 | Yes | | | |
| DX-0081 | Email re Uacc New Profit Sharing Program (7/12/2011) | Vazquez Dep. Ex. 081; WESTLAKE0037047 to WESTLAKE0037047 | Yes | | | |
| DX-0082 | FinCo Management Launches Dealer Cash Advance Product For Deep Subprime, Automotive News (May 18, 2011 12:01 am EST) | N/A | | | | |

| Exhibit No. | Description | Identifier | Stip. to Authenticity | Stip. to Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| DX-0083 | Email re CAC vs WESTLAKE. Danny Smith Auto Sales (8/24/2011) | Vazquez Dep. Ex. 088; WESTLAKE0039333 to WESTLAKE0039334 | Yes | | | |
| DX-0084 | Email re Getting dealers to work deals with "ISR Selling points.docx," "Westlake Value Propisition.docx" and "Overcoming objections.docx" attachments (4/28/2011) | WESTLAKE0005239 to WESTLAKE0005244 | Yes | | | |
| DX-0085 | Email re CAC - Dealer Rating System (4/6/2016) | WESTLAKE0016449 to WESTLAKE0016451 | Yes | | | |
| DX-0086 | Email re 75/25 partner,,,,,Dealer Name: LUXURY CARS AND TRUCKS INC (FL) Dealer Code: LUXC (8/18/2011) | Vazquez Dep. Ex. 080; WESTLAKE0037870 to WESTLAKE0037873 | Yes | | | |
| DX-0087 | Email re CAC - A few items to share (6/24/2010) | Vazquez Dep. Ex. 092; WESTLAKE0035244 to WESTLAKE0035245 | Yes | | | |
| DX-0088 | Email re Auto Count Competitor Data (12/17/2013) | WESTLAKE0045730 to WESTLAKE0045737 | Yes | | | |
| DX-0089 | Email re MO Territories (5/22/2006) | WESTLAKE0019316 to WESTLAKE0019318 | Yes | | | |
| DX-0090 | Email re Looking for 500 off discount to steal deal from CAC (4/8/2009) | WESTLAKE0035835 to WESTLAKE0035836 | Yes | | | |
| DX-0091 | Email re Lender Profiles for CAC, Mark One, UACC (12/4/2009) | WESTLAKE0034954 to WESTLAKE0034968 | Yes | | | |
| DX-0092 | AutoCount Risk Report of Franchise and Independent Dealers | Dick Dep. Ex. 156; Dick_00001938 to Dick_00001938 | Yes | | | |
| DX-0093 | AutoCount Risk Report of Franchise and Independent Dealers | Dick Dep. Ex. 157; Dick_00001908 to Dick_00001908 | Yes | | | |
| DX-0094 | Email re PNW Sales Analysis (9/7/2012) | Urban Dep. Ex. 033; WESTLAKE0063696 to WESTLAKE0063699 | Yes | | | |
| DX-0095 | Email re Independent dealer attrition (9/15/2014) | WESTLAKE0060247 to WESTLAKE0060250 | Yes | | | |
| DX-0096 | OR Market Visit Summary | CAC_00202331 to CAC_00202331 | Yes | | | |
| DX-0097 | Email re PNW Regional Presentation-RM Meeting 6-20, MW Growth Presentation_June 2013 added pages 9 10 11, Origianitons opportunities for growth, Southern California Market & Strategy, Jlittle South Texas Regional meeting June 2013 v2, Mid Atlantic Region with attachments (6/20/2013) | WESTLAKE0060828 to WESTLAKE0060973 | Yes | | | |
| DX-0098 | Westlake Press Release (Nov. 20, 2009), Westlake announces new programs and features | N/A | Yes | | | |
| DX-0099 | Westlake Financial Services Presentation (April 2016 Update) | WESTLAKE0015442 to WESTLAKE0015471 | Yes | | | |
| DX-0100 | Email re Lobel (8/20/2015) | WESTLAKE0018461 to WESTLAKE0018514 | Yes | | | |
| DX-0101* | Spreadsheet of Equifax data of lenders with 10 or more deals with consumers who have a Vantage Score of 499 or lower | Data from HOUSE0000019, "tradesight_usedcar_v01.dta" | Yes | | | |
| DX-0102 | CAC Business Model Overview | CAC_00036160 to CAC_00036183 | Yes | | | |
| DX-0103 | Email re Wells Fargo Securities - Auto Finance Update with "Auto Finance Market Update.pdf" attachment (1/15/2014) | WESTLAKE0042196 to WESTLAKE0042217 | Yes | | | |
| DX-0104 | Email re Market share data with "Used Car Retail Finance Market.xlsx" attachment (1/24/2011) | WESTLAKE0019744 to WESTLAKE0019745 | Yes | | | |
| DX-0105 | Email re Presentation (Market Player's Plot) with "Used Car Retail Finance Market.xlsx" attachment (1/22/2011) | Anderson Dep. Ex. 004; WESTLAKE0019848 to WESTLAKE0019852 | Yes | | | |
| DX-0106 | Email re Deal for Riffs Auto Sales (12/3/2008) | Vazquez Dep. Ex. 086; WESTLAKE0035336 to WESTLAKE0035339 | Yes | | | |
| DX-0107 | Email re Profit Builder Deals (6/28/2010) | Vazquez Dep. Ex. 087; WESTLAKE0039062 to WESTLAKE0039067 | Yes | | | |
| DX-0108 | 2007 CAC Annual Report | CAC_00000101 to CAC_00000200 | Yes | | | |
| DX-0109 | Westlake Financial Services Three Year Growth Playbook | WESTLAKE0052012 to WESTLAKE0052109 | Yes | | | |
| DX-0110 | Courchane Rebuttal Rpt. Chart 1 – New and Used Vehicle Sales by Year, Wards Auto, 1995-2016 | N/A | Yes | | | |
| DX-0111 | Courchane Rebuttal Rpt. Chart 2 – New and Used Vehicle Sales by Year, Experian AutoCount Risk Report, 2007-2016 | N/A | Yes | | | |
| DX-0112* | Courchane Rebuttal Rpt. Chart – Auto Loan Originations by Credit Score | N/A | Yes | | | |
| DX-0113 | Courchane Rebuttal Rpt. Table 1 – Lenders with At Least One Percent of Assigned Contracts, 2015-2016 Experian AutoCount, Sorted by Total Contract Volume | N/A | Yes | | | |
| DX-0114 | Courchane Rebuttal Rpt. Table 2 – Summary of Marketplace Activity, Subprime Contracts Only | N/A | Yes | | | |
| DX-0115* | Courchane Rebuttal Rpt. Chart 3 – Auto Finance – Asset Backed Securities, 1995 to 2016 ($ Millions) | N/A | Yes | | | |
| DX-0116 | DealerCenter Staff Training | WESTLAKE0059251 to WESTLAKE0059352 | Yes | | | |
| DX-0117 | Email re CACC (2/16/2015) | WESTLAKE0062375 to WESTLAKE0062398 | Yes | | | |
| DX-0118 | Email re Auto Count (1/7/2016) | WESTLAKE0062789 to WESTLAKE0062798 | Yes | | | |
| DX-0119 | 2016 CAC Annual Report Shareholder Letter | Dick_00000861 to Dick_00000885 | Yes | | | |
| DX-0120 | 2015 CAC Annual Report Shareholder Letter | CAC_00001017 to CAC_00001133 | Yes | | | |
| DX-0121 | CAC 2015 Form 10-K | CAC_00002373 to CAC_00002615 | Yes | | | |
| DX-0122 | Email re Janney/CACC: It's Getting Loud in Here; Reiterate SELL Rating (5/3/2016) | WESTLAKE0018791 to WESTLAKE0018793 | Yes | | | |
| DX-0123 | Email re Impact of Dealer Age on Loan Volume (8/6/2013) | CAC_00204469 to CAC_00204469 | Yes | | | |
| DX-0124 | Email re 2nd DRAFT: Western Funding Restarts Loan Originations (1/9/2014) | WESTLAKE0041805 to WESTLAKE0041811 | Yes | | | |
| DX-0125 | Email re Adesa Seminar Update - August 8, 2011 with "ADESA Westlake Workshop Flyer (Email Version).pdf," "ADESA Aug 8 Workshop Presentation FINAL.PPTX" and "Adesa Semianr Feedback Form.doc" attachments (8/5/2011) | WESTLAKE0035156 to WESTLAKE0035192 | Yes | | | |
| DX-0126 | Email re 2012-04 Profitability by Dealer Grade (5/18/2012) | WESTLAKE0044561 to WESTLAKE0044565 | Yes | | | |
| DX-0127 | Email re Auto Outlet (10/17/2012) | WESTLAKE0045979 to WESTLAKE0045996 | Yes | | | |
| DX-0128 | Questions for SLE General Session Spreadsheet | CAC_00196558 to CAC_00196558 | Yes | | | |
| DX-0129 | Email re CACC (3/23/2010) | Anderson Dep. Ex. 028; WESTLAKE0036304 to WESTLAKE0036307 | Yes | | | |

| Exhibit No. | Description | Identifier | Stip. to Authenticity | Stip. to Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| DX-0130 | Email re CACC - Very interesting! (9/21/2016) | WESTLAKE0062799 to WESTLAKE0062810 | Yes | | | |
| DX-0131 | Westlake Financial web site screen shot, "Westlake History (1978 to present)" | N/A | | | | |
| DX-0132 | Email re WFI (12/12/2013) | WESTLAKE0043870 to WESTLAKE0043873 | Yes | | | |
| DX-0133 | Email re New marketing program / Twice the Check! (2/14/2014) | WESTLAKE0046881 to WESTLAKE0046890 | Yes | | | |
| DX-0134 | Email re Profit Builder/Western Funding Comparison (9/23/2014) | Leventhal Dep. Ex. 057; WESTLAKE0062457 to WESTLAKE0062459 | Yes | | | |
| DX-0135 | Profit Builder Mission 13K presentation | WESTLAKE0053328 to WESTLAKE0053351 | Yes | | | |
| DX-0136 | Email re dealer option: recourse or participation… (12/18/2014) | Leventhal Dep. Ex. 058; WESTLAKE0056389 to WESTLAKE0056390 | Yes | | | |
| DX-0137 | Email re Profit Builder November 2014 Summary (12/5/2014) | WESTLAKE0047688 to WESTLAKE0047702 | Yes | | | |
| DX-0138 | Email re Profit Builder Update (6/25/2013) | Leventhal Dep. Ex. 052; WESTLAKE0045394 to WESTLAKE0045402 | Yes | | | |
| DX-0139 | Email re May Profit Builder Performance Report (6/4/2014) | Leventhal Dep. Ex. 053; WESTLAKE0043499 to WESTLAKE0043507 | Yes | | | |
| DX-0140 | Email re Profit Builder Recourse Period @ Franchise Stores (8/19/2014) | Leventhal Dep. Ex. 055; WESTLAKE0020711 to WESTLAKE0020714 | Yes | | | |
| DX-0141 | Email re PROFIT BUILDER PARTICIPATION RECONCILIATION REPORT (9/17/2014) | WESTLAKE0051284 to WESTLAKE0051285 | Yes | | | |
| DX-0142 | Email re Western and Advance to cost (11/25/2015) | Leventhal Dep. Ex. 059; WESTLAKE0017991 to WESTLAKE0017996 | Yes | | | |
| DX-0143 | Email re NU-WAVE AUTO CENTER - DC WFI Deal (7/7/2016) | WESTLAKE0007116 to WESTLAKE0007121 | Yes | | | |
| DX-0144 | Email re WFI Bucket Payout Strategy (9/7/2016) | Leventhal Dep. Ex. 061; WESTLAKE0017999 to WESTLAKE0018002 | Yes | | | |
| DX-0145 | Email re CACC-Westlake-Profit Builder-Western Funding comparison.xls (9/11/2014) | Leventhal Dep. Ex. 063; WESTLAKE0052538 to WESTLAKE0052538 | Yes | | | |
| DX-0146 | Email re Profit Builder Marketing Plan with meeting invitation (12/4/2013) | WESTLAKE0004832 to WESTLAKE0004841 | Yes | | | |
| DX-0147 | Email re Profit Builder Customer Factor Evaluation (6/17/2014) | WESTLAKE0058386 to WESTLAKE0058389 | Yes | | | |
| DX-0148* | Declaration of Rufus Hankey in Support of Westlake's Motion for Sanctions (in patent litigation) | Hankey Dep. Ex. 041 | Yes | | | |
| DX-0149 | Email re Financial Services with "Financial Services.docx" attachment (12/17/2009) | NOWCOM0000268 to NOWCOM0000270 | Yes | | | |
| DX-0150 | Email re Trip Recap (9/23/2011) | WESTLAKE0037223 to WESTLAKE0037227 | Yes | | | |
| DX-0151 | Email re Mini-Success Story (4/10/2012) | WESTLAKE0045302 to WESTLAKE0045303 | Yes | | | |
| DX-0152 | Email re ProfitBuilder and Standard go Blow to Blow (8/13/2014) | Anderson Dep. Ex. 010; WESTLAKE0055403 to WESTLAKE0055409 | Yes | | | |
| DX-0153 | Western Funding Restarts Loan Originations, Business Wire (Jan. 09, 2014 03:41 PM EST) | Leventhal Dep. Ex. 049 | Yes | | | |
| DX-0154 | Email re WFI Discount Report (3/22/2016) | Leventhal Dep. Ex. 060; WESTLAKE0055743 to WESTLAKE0055746 | Yes | | | |
| DX-0155 | CAC Form 10-Q for the quarterly period ended September 30, 2000 | CAC_00190234 to CAC_00190398 | Yes | | | |
| DX-0156 | CAC Form 10-Q for the quarterly period ended September 30, 2001 | CAC_00190399 to CAC_00190574 | Yes | | | |
| DX-0157 | Email re Dealer Intro/Pitch to 1981 Program with "Dealer Training 1981 updated (002).pptx" attachment (8/16/2016) | WESTLAKE0018034 to WESTLAKE0018050 | Yes | | | |
| DX-0158 | Email re Profit Builder and Partner (10/20/2015) | Vazquez Dep. Ex. 091; WESTLAKE0065717 to WESTLAKE0065718 | Yes | | | |
| DX-0159* | 2011 CAC Annual Report | CAC_00000552 to CAC_00000678 | Yes | | | |
| DX-0160* | 2014 CAC Annual Report | CAC_00000906 to CAC_00001016 | Yes | | | |
| DX-0161 | Email re more partner suggestions (9/28/2009) | Anderson Dep. Ex. 026; WESTLAKE0035083 to WESTLAKE0035086 | Yes | | | |
| DX-0162 | Westlake Financial forum on Auto Dealer People web site screen shot | N/A | | | | |
| DX-0163 | Meeting invite to discuss Partner Program improvements (3/26/2012) | WESTLAKE0005245 to WESTLAKE0005246 | Yes | | | |
| DX-0164 | Email re Mark making the News (9/13/2011) | Vazquez Dep. Ex. 079; WESTLAKE0035224 to WESTLAKE0035226 | Yes | | | |
| DX-0165 | Email re New Westlake Buy Programs! (6/29/2012) | Vazquez Dep. Ex. 085; WESTLAKE0041701 to WESTLAKE0041715 | Yes | | | |
| DX-0166 | Email re 75/25 partner,,,,,Dealer Name:USA Auto & Lending Inc Dealer Code:5429794 (8/19/2011) | WESTLAKE0035756 to WESTLAKE0035762 | Yes | | | |
| DX-0167 | Email re PALM TREE AUTO SALES WLF / Profit builder / CAC (9/21/2015) | WESTLAKE0062250 to WESTLAKE0062257 | Yes | | | |
| DX-0168 | Email re Profit Bulder - update and program recommendations (8/18/2015) | WESTLAKE0006189 to WESTLAKE0006198 | Yes | | | |
| DX-0169* | Email re Top 300 Dealers Pricing (11/11/2015) | WESTLAKE0015594 to WESTLAKE0015597 | Yes | | | |
| DX-0170 | Email re Profit Builder Participation Fixes (8/19/2014) | Anderson Dep. Ex. 027; WESTLAKE0004842 to WESTLAKE0004843 | Yes | | | |
| DX-0171 | Email re CAC Partner Program Outline (1/30/2013) | Anderson Dep. Ex. 031; WESTLAKE0055883 to WESTLAKE0055893 | Yes | | | |
| DX-0172 | Email re Partner Max LTV (7/21/2014) | Anderson Dep. Ex. 014; WESTLAKE0046819 to WESTLAKE0046828 | Yes | | | |
| DX-0173 | Email re CACC Comparison of programs.xlsx (11/12/2010) | WESTLAKE0035763 to WESTLAKE0035766 | Yes | | | |
| DX-0174 | Email re Pool Partner presentation (2/14/2013) | WESTLAKE0058258 to WESTLAKE0058269 | Yes | | | |
| DX-0175 | Email re Information you requested (6/19/2014) | WESTLAKE0046932 to WESTLAKE0046936 | Yes | | | |
| DX-0176 | Email re Western Funding reserve calculation v9 int profit only.xlsx (10/29/2014) | Anderson Dep. Ex. 024; WESTLAKE0051810 to WESTLAKE0051815 | Yes | | | |
| DX-0177 | Email re Profit Builder Monitoring (6/17/2009) | WESTLAKE0035360 to WESTLAKE0035366 | Yes | | | |
| DX-0178 | Email re Pento Auto Body & Performance - Shared Deal: (New Dealer) Standard C TR:70.73%, CR:10, BP:7, D:0, LMD:0 (1/3/2013) | WESTLAKE0020900 to WESTLAKE0020903 | Yes | | | |
| DX-0179 | Email re Fees for the 1981 program - options (8/8/2016) | Leventhal Dep. Ex. 062; WESTLAKE0018091 to WESTLAKE0018095 | Yes | | | |
| DX-0180 | Email re Western Funding comparison and suggestions (9/29/2014) | WESTLAKE0052765 to WESTLAKE0052767 | Yes | | | |
| DX-0181* | Email re Western Funding pooling plan (10/8/2014) | WESTLAKE0052768 to WESTLAKE0052770 | Yes | | | |
| DX-0182 | Email re WFI Discount Report (3/23/2016) | WESTLAKE0059641 to WESTLAKE005964 | Yes | | | |

Joint Trial Exhibit List
October 30, 2017

| Exhibit No. | Description | Identifier | Stip. to Authenticity | Stip. to Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| DX-0183 | Email re Western Funding Competition Comparison Spreadsheet for Sales (8/8/2016) | WESTLAKE0018446 to WESTLAKE0018452 | Yes | | | |
| DX-0184 | Email re Westlake w/ Attachments (10/7/2010) | WESTLAKE0035239 to WESTLAKE0035243 | Yes | | | |
| DX-0185 | Email re Items for your visit (2/11/2010) | WESTLAKE0050298 to WESTLAKE0050316 | Yes | | | |
| DX-0186 | Email re Training Talking Points (9/17/2012) | WESTLAKE0050743 to WESTLAKE0050762 | Yes | | | |
| DX-0187 | Westlake Press Release (Feb. 8, 2010), Westlake Announces Integration with Redesigned www.DealerCenter.net (http://www.dealercenter.net/) | N/A | | | | |
| DX-0188 | Civil Antitrust First Amended Complaint for Violations of the Sherman Act, Westlake Services LLC v. Credit Acceptance Corp., Case No. 15-cv-07490-SJO-MRW [ECF No. 37] | Stoll Dep. Ex. 025 Anderson Dep. Ex. 001 | Yes | | | |
| DX-0189 | Westlake Financial web site screen shot, "Standard Program (0-599 FICO)" | N/A | | | | |
| DX-0190 | Westlake Financial web site screen shot, "About Us" | N/A | | | | |
| DX-0191 | Competition and Creativity in Lending, AutomotiveDigest (published on July 11, 2011) | Vazquez Dep. Ex. 83 | Yes | | | |
| DX-0192 | Who's Going To Finance My Cars?, NIADATVmobile (published on October 25, 2012) | Vazquez Dep. Ex. 84 | Yes | | | |
| DX-0193 | CAC 2003 Form 10-K | N/A | | | | |
| DX-0194 | Alabama Summary | CAC_00202303 to CAC_00202303 | Yes | | | |
| DX-0195 | AZ and NM Summary | CAC_00202304 to CAC_00202304 | Yes | | | |
| DX-0196 | California Summary | CAC_00202307 to CAC_00202307 | Yes | | | |
| DX-0197 | Georgia Summary | CAC_00202314 to CAC_00202314 | Yes | | | |
| DX-0198 | Michigan Summary | CAC_00202317 to CAC_00202317 | Yes | | | |
| DX-0199 | Milwaukee WI Market Visit Summary | CAC_00202318 to CAC_00202318 | Yes | | | |
| DX-0200 | Mississippi Market Visit Summary | CAC_00202319 to CAC_00202319 | Yes | | | |
| DX-0201 | NV Market Visit Summary | CAC_00202326 to CAC_00202326 | Yes | | | |
| DX-0202 | NY Market Visit Summary - Performance | CAC_00202327 to CAC_00202327 | Yes | | | |
| DX-0203 | NY-Albany Market Visit Summary | CAC_00202328 to CAC_00202328 | Yes | | | |
| DX-0204 | Ohio Summary | CAC_00202329 to CAC_00202329 | Yes | | | |
| DX-0205 | PA Summary | CAC_00202332 to CAC_00202332 | Yes | | | |
| DX-0206 | S. Texas Market Visit Summary | CAC_00202333 to CAC_00202333 | Yes | | | |
| DX-0207 | South Florida Market Visit Summary | CAC_00202334 to CAC_00202334 | Yes | | | |
| DX-0208 | UT Market Visit Summary | CAC_00202337 to CAC_00202337 | Yes | | | |
| DX-0209 | WA Market Visit Summary | CAC_00202338 to CAC_00202338 | Yes | | | |
| DX-0210 | WI Market Visit Summary | CAC_00202339 to CAC_00202339 | Yes | | | |
| DX-0211 | Consent Order, In re Westlake Services, LLC, File No. 2015-CFPB-0026 (Sept. 30, 2015) | N/A | | | | |
| DX-0212* | Ask the Commish Column, InventorsDigest.com, October 2010 | N/A | | | | |
| DX-0213* | Bob Stoll Part 3 – SCOTUS, the Future CAFC, Inequitable Conduct, IPWatchdog.com (Aug. 10, 2012) | N/A | | | | |
| DX-0214* | Cover Letter from Rosner, Barry & Babbitt LLP's Auto Fraud Legal Center attaching a complaint entitled: Reynaldo Flores and Janelle Flores, Plaintiffs, versus Ball Automotive, Credit Acceptance Corporation, Travelers Casualty and Surety Company of America | Ball Dep. Ex. 97 | Yes | | | |
| DX-0215* | Cover Letter from Glassey & Smith, dated August 12, 2015, reflecting a Settlement Offer in La Tanya Johnson and Raymond Johnson versus Ball Automotive, Credit Acceptance Corporation, and Others | Ball. Dep. Ex. 98 | Yes | | | |
| DX-0216* | Copy of a Complaint, La Tanya Johnson and Raymond Johnson versus Ball Automotive and Credit Acceptance, filed June 5, 2015 | Ball Dep. Ex. 99 | Yes | | | |
| DX-0217* | Letter from CAC to David Ball re Ball Automotive LLC – Lot 0MY and Ball Automotive – Lot 8YF and 5 QP (2/20/2017) | Ball Dep. Ex. 105 | Yes | | | |
| DX-0218* | Ball Automotive web site screen shot, "About Us" | Ball Dep. Ex. 93 | Yes | | | |
| DX-0219* | Email re Down Payment Audit Results for: Ball Automotive LLC, Lot #0MY (3/21/2017) | Ball Dep. Ex. 100 | Yes | | | |
| DX-0220* | Email re Document Audit Lot #5QP Ball Automotive (9/19/2011) | Ball Dep. Ex. 101 | Yes | | | |
| DX-0221* | Email re Down Payment Audit Results for: BALL AUTOMOTIVE, Lot# 5QP (10/7/2013) | Ball Dep. Ex. 102 | Yes | | | |
| DX-0222* | Email re Down Payment Audit Results for Ball Automotive, lot# 5PQ (1/7/2016) | Ball Dep. Ex. 103 | Yes | | | |
| DX-0223* | Robert L. Stoll, Attacks on patent system are unfounded, The Hill (10/22/15 06:30 AM EDT) | N/A | | | | |
| DX-0224 | CAC 2011 Form 10-K | N/A | | | | |
| DX-0225* | Decl. of Timothy Yoo re deal specific data for CAC's Portfolio Program and Purchase Program | N/A | Yes | | | |
| DX-0226* | Security Auto Loans Inc. web site screen shot | N/A | | | | |
| DX-0227* | Persian Acceptance Corporation web site screen shot, "Premium Program" | N/A | | | | |
| DX-0228* | Mid Atlantic Finance Company web site screen shot, "Flex Line Program" | N/A | | | | |
| DX-0229* | Ace Motor Acceptance Corporation web site screen shot | N/A | | | | |
| DX-0230* | Car Financial Services, Inc. web site screen shot, "Aged Pay Share Purchase Program" | N/A | | | | |

Joint Trial Exhibit List
October 30, 2017

| Exhibit No. | Description | Identifier | Stip. to Authenticity | Stip. to Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| DX-0231* | SDA, Inc. web site screen shot, "Programs For Capital" | N/A | | | | |