UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-07490-SJO (MRWx) | Date | November 3, 2017 |
|---|---|---|---|
| Title | Westlake Services LLC, et al. v. Credit Acceptance Corporation, et al. | | |

| Present: The Honorable | JAMES OTERO, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| V.R. Vallery for Victor Cruz | Not Present | |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:**     (IN CHAMBERS)

    On the Court's own motion, the Pretrial Conference is CONTINUED from November 20, 2017 to January 8, 2018 at 9:00 a.m. The Jury Trial is CONTINUED from December 4, 2017 to January 23, 2018 at 9:00 a.m.

                                                                                                                               :

Initials of Preparer           VRV