1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES,<br>Plaintiff,<br><br>vs.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>Defendant. | Case No. 2:15-cv-07490 SJO (MRWx)<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES**<br><br>Honorable S. James Otero<br><br>Complaint Filed: September 24, 2015 |

3362280.2

1

JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES; [PROPOSED] ORDER

The Court has reviewed the parties' Joint Stipulation to Continue Pretrial and Trial Dates. Good cause appearing therefore, the Court orders as follows:

1. The fact discovery cutoff is continued to March 31, 2017.
2. The deadline for service of opening expert reports is set for April 14, 2017.
3. The deadline for service of rebuttal expert reports is set for May 5, 2017.
4. The deadline for service of responses to rebuttal expert reports is set for May 12, 2017.
5. The expert discovery cutoff is continued to June 2, 2017.
6. The motion cutoff date is continued to July 24, 2017.
7. The Pre-Trial Conference is continued to _____, 2017 at 9:00 a.m.
8. The trial date is continued to _____, 2017 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: _____

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE