Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Timothy B. Yoo - State Bar No. 254332
  tyoo@birdmarella.com
Ray S. Seilie - State Bar No. 277747
  rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Plaintiff
WESTLAKE SERVICES, LLC d/b/a
WESTLAKE FINANCIAL SERVICES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES,<br><br>             Plaintiffs,<br><br>     vs.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>             Defendant. | Case No. 2:15-cv-07490 SJO (MRWx)<br><br>**NOTICE OF ERRATA AND CORRECTION TO PROPOSED ORDER ON JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES**<br><br>Honorable S. James Otero<br><br>Complaint Filed: September 24, 2015 |

3452864.1

NOTICE OF ERRATA

TO THE COURT AND ALL PARTIES TO THIS ACTION:

PLEASE TAKE NOTICE that Plaintiff Westlake Services, LLC ("Westlake"), by and through their respective counsel, hereby provides notice of errata and correction as follows:

On November 28, 2017, Westlake filed a Joint Stipulation to Continue Pretrial and Trial Dates. Due to an inadvertent clerical error, an incorrect version of the proposed order that was filed with the stipulation. A correct Proposed Order is attached hereto as Exhibit A.

DATED: November 28, 2017

Ekwan E. Rhow
Timothy B. Yoo
Ray S. Seilie
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: */s/ Ray S. Seilie*
Ray S. Seilie
Attorneys for Plaintiff WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES