FILED
CLERK, U.S. DISTRICT COURT

November 30, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES,<br><br>    Plaintiff,<br><br>vs.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>    Defendant. | Case No. 2:15-cv-07490 SJO (MRWx)<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES**<br><br>Honorable S. James Otero<br><br>Complaint Filed: September 24, 2015 |

The Court has reviewed the parties' Joint Stipulation to Continue Pretrial and Trial Dates. Good cause appearing therefore, the Court orders as follows:

1. The jury trial in this case is continued from Tuesday, January 23, 2018 to Tuesday, March 13, 2018 @ 9:00 a.m.

2. The pre-trial conference in this case is continued from Monday, January 8, 2018 to Monday, February 26, 2018 @ 9:00 a.m.

**IT IS SO ORDERED.**

DATED: November 30, 2017

*S. James Otero*

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE