JS-6

FILED
CLERK, U.S. DISTRICT COURT

January 5, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>Defendant. | CASE No.: 2:15-cv-07490 SJO (MRWx)<br><br>**JUDGMENT**<br><br>Hon. S. James Otero |

On December 28, 2017, this Court issued an order granting Defendant Credit Acceptance Corporation's ("Credit Acceptance") motion for summary judgment. (ECF No. 259.) In accordance with that order,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Credit Acceptance, that Plaintiff Westlake Services, LLC take nothing from Credit Acceptance, that the action be dismissed with prejudice on the merits, and that Credit Acceptance recover its costs of suit from Westlake Services, LLC pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920, Federal Rule of Civil Procedure 54, and Local Rule 54.

**IT IS SO ORDERED**

DATED: January 5, 2018

*S. James Otero*

Hon. S. James Otero
United States District Court Judge