Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Timothy B. Yoo - State Bar No. 254332
    tyoo@birdmarella.com
Ray S. Seilie - State Bar No. 277747
    rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Plaintiff
WESTLAKE SERVICES, LLC d/b/a
WESTLAKE FINANCIAL SERVICES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>Defendant. | Case No. 2:15-cv-07490 SJO (MRWx)<br><br>**PLAINTIFF WESTLAKE SERVICES, LLC'S OBJECTIONS TO CREDIT ACCEPTANCE CORPORATION'S APPLICATION TO TAX COSTS**<br><br>Honorable S. James Otero<br><br>Complaint Filed: September 24, 2015 |

Westlake Services, LLC ("Westlake"), pursuant to Local Rule 54-2.2 and the United States District Court for the Central District of California Bill of Costs Handbook, hereby submits its Objections to Credit Acceptance Corporation's ("CAC") Application to the Clerk to Tax Costs, and states as follows:

CAC requested $53,785.60 in the Application to the Clerk to Tax Costs (the "Application"). (Dkt. No. 263.) Westlake objects to the recovery of the following costs for depositions as unrecoverable as taxable costs pursuant to Local Rule 54 3.5:

| Itemization and Documentation of Costs (Dkt. No. 263-1) | | Description of Item | Amount Claimed | Basis for Objection |
|---|---|---|---|---|
| Page 9 | Exhibit 2 | Exhibits Scanned-Searchable – OCR | $157.15 | Not identified as taxable under 54-3.5 |
| Page 10 | Exhibit 2 | Litigation Package | $45.00 | Not identified as taxable under 54-3.5 |
| Page 11 | Exhibit 2 | Original with 1 Certified Transcript (**expedited** delivery rate of $11.05 per page versus normal delivery rate of $3.50) | $3,480.75 | Not allowed as taxable under 54-3.5 |
| Page 11 | Exhibit 2 | Realtime Services | $519.75 | Not allowed as taxable under 54-3.5 |
| Page 11 | Exhibit 2 | Litigation Package | $45.00 | Not identified as taxable under 54-3.5 |
| Page 12 | Exhibit 2 | Original with 1 Certified Transcript (**expedited** delivery rate of $8.40 per page versus normal delivery rate of $3.50) | $1,579.20 | Not allowed as taxable under 54-3.5 |

| | | | | |
|---|---|---|---|---|
| Page 12 | Exhibit 2 | Realtime Services | $310.20 | Not allowed as taxable under 54-3.5 |
| Page 12 | Exhibit 2 | Litigation Package | $45.00 | Not identified as taxable under 54-3.5 |
| Page 13 | Exhibit 2 | Realtime Services | $544.50 | Not allowed as taxable under 54-3.5 |
| Page 13 | Exhibit 2 | Litigation Package | $45.00 | Not identified as taxable under 54-3.5 |
| Page 15 | Exhibit 2 | Realtime Services | $90.75 | Not allowed as taxable under 54-3.5 |
| Page 15 | Exhibit 2 | Litigation Package | $45.00 | Not identified as taxable under 54-3.5 |
| Page 16 | Exhibit 2 | Original with 1 Certified Transcript (**expedited** delivery rate of $9.45 per page versus normal delivery rate of $3.50) | $2,664.90 | Not allowed as taxable under 54-3.5 |
| Page 16 | Exhibit 2 | Realtime Services | $1395.90 | Not allowed as taxable under 54-3.5 |
| Page 16 | Exhibit 2 | Litigation Package | $45.00 | Not identified as taxable under 54-3.5 |
| Page 17 | Exhibit 2 | Original with 1 Certified Transcript (**expedited** delivery rate of $9.45 per page versus normal delivery rate of $3.50) | $2,201.85 | Not allowed as taxable under 54-3.5 |

| Page 17 | Exhibit 2 | Realtime Services | $454.35 | Not allowed as taxable under 54-3.5 |
|---|---|---|---|---|
| Page 17 | Exhibit 2 | Litigation Package | $45.00 | Not identified as taxable under 54-3.5 |
| Page 18 | Exhibit 2 | Original with 1 Certified Transcript (**expedited** delivery rate of $9.45 per page versus normal delivery rate of $3.50) | $1,502.55 | Not allowed as taxable under 54-3.5 |
| Page 18 | Exhibit 2 | Realtime Services | $787.05 | Not allowed as taxable under 54-3.5 |
| Page 18 | Exhibit 2 | Litigation Package | $45.00 | Not identified as taxable under 54-3.5 |
| Page 19 | Exhibit 2 | Realtime Services | $155.10 | Not allowed as taxable under 54-3.5 |
| Page 19 | Exhibit 2 | Litigation Package | $45.00 | Not identified as taxable under 54-3.5 |
| Page 20 | Exhibit 2 | Original with 1 Certified Transcript (**expedited** delivery rate of $9.45 per page versus normal delivery rate of $3.50) | $3,383.10 | Not allowed as taxable under 54-3.5 |
| Page 20 | Exhibit 2 | Realtime Services | $1,181.40 | Not allowed as taxable under 54-3.5 |
| Page 20 | Exhibit 2 | Litigation Package | $45.00 | Not identified as taxable under 54-3.5 |

| | | | | | |
|---|---|---|---|---|---|
| Page 21 | Exhibit 2 | Realtime Services | $122.10 | Not allowed as taxable under 54-3.5 |
| Page 21 | Exhibit 2 | Litigation Package | $45.00 | Not identified as taxable under 54-3.5 |
| Page 22 | Exhibit 2 | Original with 1 Certified Transcript (**expedited** delivery rate of $6.30 per page versus normal delivery rate of $3.50) | $1,127.70 | Not allowed as taxable under 54-3.5 |
| Page 22 | Exhibit 2 | Realtime Services | $295.35 | Not allowed as taxable under 54-3.5 |
| Page 22 | Exhibit 2 | Litigation Package | $45.00 | Not identified as taxable under 54-3.5 |
| Page 23 | Exhibit 2 | Original with 1 Certified Transcript (**expedited** delivery rate of $8.95 per page versus normal delivery rate of $3.50) | $2,747.65 | Not allowed as taxable under 54-3.5 |
| Page 23 | Exhibit 2 | Realtime Services | $598.65 | Not allowed as taxable under 54-3.5 |
| Page 23 | Exhibit 2 | Litigation Package | $45.00 | Not identified as taxable under 54-3.5 |
| Page 24 | Exhibit 2 | Original with 1 Certified Transcript (**expedited** delivery rate of $5.85 per page versus normal delivery rate of $3.50) | $1,743.30 | Not allowed as taxable under 54-3.5 |
| Page 24 | Exhibit 2 | Realtime Services | $551.30 | Not allowed as |

| | | | | |
|---|---|---|---|---|
| | | | | taxable under 54-3.5 |
| Page 24 | Exhibit 2 | Litigation Package | $55.00 | Not identified as taxable under 54-3.5 |
| Page 25 | Exhibit 2 | Original with 1 Certified Transcript<br><br>(**expedited** delivery rate of $9.45 per page versus normal delivery rate of $3.50) | $1,606.50 | Not allowed as taxable under 54-3.5 |
| Page 25 | Exhibit 2 | Realtime Services | $561.00 | Not allowed as taxable under 54-3.5 |
| Page 25 | Exhibit 2 | Litigation Package | $45.00 | Not identified as taxable under 54-3.5 |
| Page 26 | Exhibit 2 | Certified Transcript<br><br>(**expedited** delivery rate of $6.25 per page versus normal delivery rate of $3.50) | $2,112.50 | Not allowed as taxable under 54-3.5 |
| Page 26 | Exhibit 2 | Realtime Services | $625.30 | Not allowed as taxable under 54-3.5 |
| Page 26 | Exhibit 2 | Litigation Package | $55.00 | Not identified as taxable under 54-3.5 |
| Page 26 | Exhibit 2 | Scanning (Color) | $12.00 | Not identified as taxable under 54-3.5 |
| Page 26 | Exhibit 2 | Exhibits Scanned-Searchable – OCR | $248.85 | Not identified as taxable under 54-3.5 |
| Page 27 | Exhibit 2 | Original with 1 Certified Transcript | $3,987.90 | Not allowed as taxable under |

| | | | | |
|---|---|---|---|---|
| | | (**expedited** delivery rate of $9.45 per page versus normal delivery rate of $3.50) | | 54-3.5 |
| Page 27 | Exhibit 2 | Realtime Services | $1,392.60 | Not allowed as taxable under 54-3.5 |
| Page 27 | Exhibit 2 | Litigation Package | $45.00 | Not identified as taxable under 54-3.5 |
| Page 28 | Exhibit 2 | Expedite of Original Transcript: David Hricik | $1,030.15 | Not allowed as taxable under 54-3.5 |
| | | **TOTAL** | **$39,956.35** | |

**A.    Costs Sought Are Either Not Identified or Not Allowed under the Local Rules**

CAC's objectionable deposition costs fall into three general categories: (1) expedited transcripts; (2) costs of video or audio technicians (Realtime Services); and (3) ambiguous litigation package/scanning costs.

Local Rule 54-3.5 states which deposition-related costs are (and are not) taxable:

> *L.R. 54-3.5 Depositions.* Costs incurred in connection with taking oral depositions, including:
>
> (a) The cost of the original and one copy of the transcription of the oral portion of all depositions used for any purpose in connection with the case, **including non-expedited transcripts**, the reporter's appearance fee, fees for binding, bates stamping, non-expedited shipping and handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges, but not including the cost of videotaping or recording depositions unless otherwise ordered by the Court;
>
> (b) The reasonable fees of the deposition reporter, including reporter fees when a deponent fails to appear at a scheduled deposition, the notary, and any other persons required to report or transcribe the deposition, **but not including the costs of video or audio technicians unless otherwise ordered by the Court**;

. . . .

L.R. 54-3.5.

Here, Local Rule 54-3.5 expressly states that costs are taxable only for "non-expedited transcripts." In other words, award costs associated with *expedited* transcripts are not allowed. CAC groups both expedited and non-expedited costs in its Application. In Exhibit 2 of the Declaration of Douglas A. Smith ("Smith Decl."), the Court can immediately recognize which transcripts were expedited and the added premium cost charged:



(Dkt. No. 263-1.) By contrast, the rate for normal delivery is immediately apparent when reviewing a non-expedited invoice:



Thus, amounts associated with expedited transcripts are not recoverable as taxable costs

1  pursuant to the plain language of Local Rule 54-3.5(a).  Therefore, such fees totaling
2  $29,168.05 are not recoverable as taxable costs against Westlake.
3    CAC also asks for costs related to "Realtime Services."  But Local Rule 54-3.5(b)
4  specifically does not allow costs of "video or audio technicians unless otherwise ordered
5  by the Court."  In other words, a prevailing party cannot seek technical fees, such as a
6  videographer, in its Application.  "Realtime Services" is technology which enables an
7  attorney to read, search, and annotate the testimony using a computer, phone, or tablet
8  while the deposition is taking place.  In short, it allows an instant text display of what is
9  being said by a witnesses.  Such technology certainly falls outside of the "reasonable fees"
10 and falls within the exclusion of video or audio technicians as stated in Local Rule 54-
11 3.5(b).  And the inclusion of "Realtime Services" at depositions was not ordered by the
12 Court.  Thus, such fees totaling $9,585.30 are not recoverable as taxable costs against
13 Westlake.
14   Finally, CAC attempts to tax costs for document scans and ambiguous charges titled
15 "Litigation Package."  Both appear to relate to costs associated with electronic discovery.
16 Local Rule 54-3.5(a) provides a comprehensive list of electronic discovery charges that are
17 taxable: "fees for . . . bates stamping, . . . processing fee, ASCII disks, production and code
18 compliance charge, electronic transmission charge . . . ."  However, scanning and
19 "litigation package" costs are not among them.  Furthermore, all of CAC's Veritext
20 invoices already include electronic discovery-related titled "Production & Processing."
21 Thus, such scanning fees of $418.00 and "Litigation Package" fees of $740, totaling
22 $1,158.00, are not recoverable as taxable costs against Westlake.
23   For all of the foregoing reasons, Westlake respectfully requests that this Court deny
24 CAC's Application to Tax Costs and strike no less than $39,956.35 from CAC's total
25 //
26 //
27 //
28 //

1 | requested costs of $53,785.60, and grant such further relief as this Court deems fair and
2 | proper.

4 | DATED:  January 26, 2018

Ekwan E. Rhow
Timothy B. Yoo
Ray S. Seilie
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:  ___/s/ *Timothy Yoo*___
  Timothy B. Yoo
Attorneys for Plaintiff WESTLAKE
SERVICES, LLC d/b/a WESTLAKE
FINANCIAL SERVICES