FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

Form 1
Rev. 03/16

# United States District Court

## for the

Central **District of** California

Westlake Services, LLC , Plaintiff,

v.     Case No. 2:15-cv-07490 SJO (MRWx)

Credit Acceptance Corporation , Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Westlake Services, LLC d/b/a Westlake Financial Services (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Judgment (ECF No. 262) (from the final judgment) ((from an order) (describe the order)) entered in this action on Jan 5, 2018

/s/ Timothy B. Yoo

(Signature of appellant or attorney)

Ekwan E. Rhow (Cal. Bar No. 174604); Timothy B. Yoo (Cal. Bar No. 254332); Ray Seilie (Cal. Bar No. 277747)

Bird, Marella, Boxer, Wolpert, Nessim, Drooks Lincenberg & Rhow, P.C.

1875 Century Park East, 23rd Floor, Los Angeles, CA 90067-2561

erhow@birdmarella.com; tyoo@birdmarella.com; rseilie@birdmarella.com

(Address of appellant or attorney and e-mail address)

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.