Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Timothy B. Yoo - State Bar No. 254332
  tyoo@birdmarella.com
Ray S. Seilie - State Bar No. 277747
  rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Plaintiff
WESTLAKE SERVICES, LLC d/b/a
WESTLAKE FINANCIAL SERVICES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES,<br><br>  Plaintiff,<br><br>vs.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>  Defendant. | Case No. 2:15-cv-07490 SJO (MRWx)<br><br>**PLAINTIFF WESTLAKE SERVICES, LLC'S MOTION FOR VOLUNTARY DISMISSAL OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT (DKT. NO. 266); [PROPOSED] ORDER**<br><br>Honorable S. James Otero<br><br>Complaint Filed: September 24, 2015 |

3467697.1

MOTION FOR VOLUNTARY DISMISSAL OF APPEAL TO FEDERAL CIRCUIT

On February 1, 2018, Plaintiff Westlake Services, LLC filed a notice of appeal to the United States Court of Appeals for the Federal Circuit.  (Dkt. No. 266). The circuit clerk has not yet docketed the appeal.  Accordingly, as authorized by Federal Rule of Appellate Procedure 42(a), Westlake hereby voluntarily dismisses without prejudice its appeal to the Federal Circuit.  *See* Fed. R. App. P. 42(a) ("Before an appeal has been docketed by the circuit clerk, the district court may dismiss the appeal . . . on the appellant's motion with notice to all parties."). Concurrently with this motion, Westlake has filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit, which, for avoidance of doubt, it is <u>not</u> moving to dismiss.

DATED:  February 2, 2018

Ekwan E. Rhow
Timothy B. Yoo
Ray S. Seilie
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.


By: _____*/s/ Timothy B. Yoo*_____
       Timothy B. Yoo
Attorneys for Plaintiff WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES